# **EXHIBIT C**
*Excerpt of Affidavit*

context otherwise makes clear, (i) the information set forth in this affidavit may include information provided to me by other law enforcement agents who have assisted in the investigation; (ii) wherever in this affidavit I assert that a statement was made, the statement was made by another law enforcement officer (any of whom may have had either direct or hearsay knowledge of that statement) to whom I or other law enforcement officers have spoken or whose reports I have read and reviewed; (iii) such statements are reported in substance and in part; (iv) where I refer to the contents of previously recorded conversations (*e.g.*, consensual recordings or prior wiretap interceptions), my quotations and descriptions are based on preliminary draft transcripts and/or translations of those conversations; and (v) information resulting from surveillance sets forth either my personal observations or information provided directly or indirectly through other law enforcement officers who conducted such surveillance. Further, because this affidavit is being submitted for the limited purpose of securing an order authorizing the interception of wire communications, I have not included details of every aspect of this investigation to date. Facts not set forth herein are not being relied on in reaching my conclusion that orders should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application for an order authorizing the interception of wire communications.

### C. Details of the Investigation

<u>Background of the Investigation: The Big Money Bosses</u>

1. Since in or about December 2014, other law enforcement agents and I have been investigating drug trafficking and other crimes committed by a gang called "Big Money Bosses" or, alternately, "BMB" (hereinafter "BMB"), that is currently operating in the Bronx, New York,

and that has been in operation since no later than 2012. Based on my participation in this investigation, and for the reasons described below, I believe that BMB members and associates are engaged in the distribution of narcotics, including crack cocaine, marijuana, and prescription pills, in the vicinity of East 224th Street and White Plains Road in the Bronx, New York ("224th and White Plains"), among other places, and protect BMB's drug business and reputation in the streets through the use of violence, including gun violence. As detailed below, based on this investigation, I further believe that Target Subject NICO BURRELL, a/k/a "Zico Nico," is the leader of BMB and that Target Subjects MARK WILLIAMS, OKEIFA JOHN, and FNU LNU a/k/a "Shanice," participate in BMB's narcotics trafficking operations.

### Social Media

2. As part of this investigation, other law enforcement agents and I have reviewed various social media websites, including Instagram, YouTube, and Facebook. From these reviews, I have learned, in substance and in part, that members and associates of BMB have posted photographs of themselves holding and brandishing firearms, as well as rap music videos in which members of BMB refer to their gang affiliation and gang rivalries, brandish firearms, and allude to the primary territory of their gang on White Plains Road. For example, in a YouTube video entitled "BMB Pound Cake Freestyle," which was published on the YouTube website on March 14, 2014, a rapper states, in substance and in part: "I'm Big Money . . . . Shit fuckin' crazy, on White Plains . . . . And I'm on the block and the bros out here still swingin' them rocks." From my participation in this investigation, I believe "Big Money" is a reference to BMB, and that "White Plains" and "the block" are references to the primary territory of BMB, in the vicinity of 224th and White Plains. Furthermore, from my training and experience, as well as

agencies taking part in this investigation, and served on service providers as may be necessary to effect the orders' purposes.

_____
MOISES WALTERS
Special Agent, DEA

Sworn to before me this
9th day of December, 2015

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK