



**THE LAW OFFICES OF**
**JUDITH VARGAS**

SO ORDERED: 12/22/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

December 21, 2017

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> The sentencing for Mr. Burrell is hereby adjourned to April 3, 2018, at 3pm. SO ORDERED.

Re: <u>United States v. Nico Burrell</u>
15 Cr. 95 (AJN)
Request for Adjournment of Sentencing Hearing

Dear Judge Nathan:

    I write to respectfully request that Mr. Burrell's Sentencing Hearing, currently scheduled for January 4, 2018, be adjourned to a date in the last week of March, 2018. This is our first such request. The reasons for this request are: (1) the final pre-sentence report has not yet been disclosed; and (2) so that Counsel may continue to prepare Mr. Burrell's sentencing submission, which includes the review and preparation of documentation including letters and reports that have not yet been received. Accordingly, I am requesting an adjournment for the week of March 26, 2018, (except Monday, March 26th) or any date thereafter that is convenient for the Court. I have conferred with AUSA Rachel Maimin and she has no objection to this request.

    I thank the Court in advance for its consideration of this request.

Respectfully,

/s/ Judith Vargas

Judith Vargas
Attorney for Mr. Nico Burrell

*NEW YORK*
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668.0024 * Fax: 212.668.0060

*PUERTO RICO SATELLITE*
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com