# APPENDIX

# A

REPORT ID: A54324001               PART 54        COURT DATE: _ _ 98/__.919
A.D.A.: BAUMGARTNER,SUSAN          BUREAU: TRIAL BUREAU 250
PEOPLE V. NIKO TURRELL (1086/1__)           ATTORNEY  ALDUNES,_

12

___ READY: ✓ Ready & Passed for today, in SC → need
2 wks. Brad dates
Nights week of 8/16
___ NOT READY: ___ Vacation, wks of 8/23 & 8/30
TOP in effect

I CAN BE REACHED AT 7287

INSTRUCTIONS/OFFER

Judge may want me to start → I will comm. if not yet sent
ect. He is considering B15. Our recommendation is B+7. Jdg wanted
info on injuries: ▓▓▓▓▓▓▓ (intended target) → gunshot to buttocks/back
(bystander) → through & through to arm
__ ASSET FORFEITURE CASE __ HAVE WAIVER SIGNED __ HAVE STIPULATION SIGNED

COVERAGE ADA: Rasazar H + T
9/16

OUTCOME:   ADJOURNED TO 9/16     DEFENDANT PRESENT? (YES) NO
           HEARING OR TRIAL STARTED     DEFENSE ATTORNEY PRESENT? (YES) NO

READINESS ANNOUNCED ON THE RECORD? YES  NO   TIME MARKED EXCLUDABLE? YES (NO)

WHAT WAS THE REASON GIVEN ON THE RECORD FOR ADJOURNMENT? ___ 2 wks
charged

NOTES TO ASSIGNED A.D.A. J agrees w/ 7 yrs
& says it is reasonable
won't do 5 yrs

23

12

## ATTEMPTED MURDER

At TPO, CW1 ▮▮▮▮▮ was walking with EW ▮▮▮▮▮ when they saw D. CW1 and D engaged in a verbal dispute. CW1 and EW then walked away. D went after them and fired 3 shots, hitting CW1 and CW2 ▮▮▮▮ a by-stander. CW1 was shot on the lower left back (bullet lodged in his back) and CW2 was shot on the upper right arm (bullet went in and out). CW1 and EW then walked towards the subway. 911 caller saw CW1 bleeding and called 911. D fled from the scene and ran through the backyards of a couple of houses, lost his jacket behind a private house, and is stopped and detained nearby. Apprehending officers saw D who fit the description that was put over. D's jacket, which contained a metro card that had D's name written on it, is found by other officers who contact the apprehending officers. D is then taken in for questioning where he makes a written admission.

Both CWs were treated and released at a local Bronx hospital.

No ballistic evidence recovered.



# APPENDIX

# B

15:14:57 Thursday, February 23, 2017

```
PRODUCTION HMCF12    * * * NYS PAROLE PARTNER/CMS * * *      DATE: 02/23/2017
                        / PROGRAMS INQUIRY /
Enter NYSID:  __ _____                                  . Update Record

NYSID: 00099959P   DIN: 11R0438   Name: BURRELL,NICO

     Status: PAST
Start Date: 08/12/2014   End Date: 12/01/2014   End Reason: FAILED TO APPEAR
   Category: EMPLOYMENT/VOCATIONAL                         Type: DAY PROGRAM
                                              - EM/GPS Information Only: ---
  Program Code: 0 127                          Monitor Type: ........... |
         Name: CENTER FOR EMPLOYMENT OPP(CEO) |  Monitor No.: ........ |
       Street: 3 BROADWAY                      | Transmitter No.: ........ |
         City: NEW YORK                        | Enrollment Rsn.: ........... |
        State: NEW YORK        Zip: 10004-1608 -----------------------------
Contact: BRAD DUDDING                  Phone: 212-422-4430  Ext: .....
Comment: ..... ................ .................... ...................
```

```
PROGRAM INFORMATION DISPLAYED
TO UPDATE RECORD PLACE CURSOR ON UPDATE RECORD INDICATOR AND PRESS <ENTER>
CLEAR=Menu  F5=Full  F6=Detl  F9=Cntc  F10=Emp  F11=Asso  F12=Drug  F13=Prog  F14=Case
F15=Print  F16=ALL  F17=Res  F18=Cus  F19=Dep  F20=Absc  F21=Veh          F24=PRS
```

```
15:14:28 Thursday, February 23, 2017

  PRODUCTION HFQD70    * * * NYS PAROLE PARTNER/CMS * * *        DATE: 02/23/2017
                              /DRUG TESTING HISTORY /
  Enter NY ID:                                                . Create Record
  NYSID: 099959P   DIN: 11R0438   Parolee Name: BURRELL,NICO
  Area Office: BRONX I                      Status:  NON-REPT
          PO: MURPHY,DEREK                  Alcohol Abstention Case:      NO
          PO: FRANKLYN,GABRIELLA            Periodic Drug Testing Case:   NO
  Date            (.)=not tested for (P)=tested Positive (N)=tested Negative
  Collected  COC OPI THC PCP AMP BAR ALC MET OTH Prob Tested By            Type
. 03/15/16   N   N   N   N   N   .   .   .   .  .... BRONX I              10033
. 02/16/16   N   N   N   N   N   .   .   .   .  .... BRONX I              10033
. 08/11/15   N   N   N   N   N   .   N   .   .  .... BRONX I              .....
. 05/05/15   N   N   N   N   N   .   N   .   .  .... BRONX I              .....
. 03/10/15   N   N   N   N   N   .   N   .   .  .... BRONX I              .....
. 12/09/14   N   N   N   N   N   .   N   .   .  .... BRONX I              .....
. 09/09/14   N   N   N   N   N   .   .   .   .  .... BRONX I              .....
. 08/29/14   N   N   N   N   N   .   .   .   .  .... BRONX I              .....

              Next Drug Test Due Date: ..........    F7=Up  F8=Down

  BOTTOM OF LIST DISPLAYED
  ENTER NEXT NYSID OR TAB TO CREATE RECORD INDICATOR AND PRESS <ENTER>
  CLEAR=Menu  F5=Full F6=Detl F9=Cntc F10=Emp F11=Asso F12=Drug F13=Prog F14=Case
  F15=Print  F16=ALL F17=Res F18=Cus F19=Dep F20=Absc F21=Veh          F24=PRS
```

```
CMS CHRON* * *        NEW YORK STATE - DOCCS      * * *    DATE: 02/23/2017
                      COMMUNITY SUPERVISION               PAGE:     1
                      PAROLEE CHRONO REPORT
                 FROM 02/03/2014 THRU 04/28/2016

  NA E : BURRELL,NICO                    AREA: BRONX I
  NYS  : 00099359P               SPO NAME: MURPHY,DEREK
  D N : 11R0438                  PO NAME: FRANKLYN,GABRIELLA


  DATE      TIME    TYPE                 ACTIVITY       LOCATION

ENTERED BY: MURPHY,DEREK
REP T TAKEN BY: MURPHY,DEREK
04/2 /2016 11:45AM CASE CONFERENCE
HV EEDED.  COMPLETED ALL MANDATED PROGRAMMING.  SUBJ HAS JUST RECENTLY MOVED T
O N  RESIDENCE.  SUBJ IS DV ALERT CASE.  PO IS TO EXPLORE WHAT THIS REPRESENTS
AND  PDATE CMS AND SPO.  SUBJ IS A PFS CASE
SPO  EVIEW: 04/28/2016
---- -------------------------------------------------------------------------
ENT ED BY: FRANKLYN,GABRIELA E
04/1 /2016 01:20PM OFFICE REPORT W/PAROLEE
  P  PORTED AS DIRETED, SAME RESIDENCE.

       NRD 5/3/16 AT 1PM
SPC  EVIEW: NONE
---- -------------------------------------------------------------------------
ENT ED BY: HERRERA,ANTHONY
03/2 /2016 11:46AM OFFICE REPORT W/PAROLEE
  SUBJ REPORTED HE HAD TO MOVE FROM HIS CURRENT ADDRESS DUE TO MOLD.  HE IS NOW
RES DING AT 4014 AMUNDSON AVE, BRONX, NY   SUBJ WILL BE RENTING A ROOM IN THE
REAR HOUSE.  SUBJ WAS REFERRED BY NAJAE DEMUNN SHE COULD BE REACHED AT 929 313-
1187.  NRD SCHEDULED FOR 4/5/16 AT 10AM
SPC  EVIEW: 03/29/2016
---- -------------------------------------------------------------------------
ENTERED BY: MURPHY,DEREK
REPORT TAKEN BY: MURPHY,DEREK
03/13/2016 10:23AM CASE CONFERENCE
PHOTO TO BE TAKEN ON NRD.  SUBJ IS A DV ALERT CASE.  PO IS TO EXPLORE WHAT THAT
RES RESENTS AND UPDATE CMS AND SPO.  SUBJ IS PFS CASE. HV CURRENT. MANDATED PR
OGRAMMING HAS BEEN COMPLETED.  URINES AHVE BEEN ENGATIVE FOR CONTROLLED SUBSTAN
CES
SPC REVIEW: 03/31/2016
---- -------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
03/ 5/2016 12:45PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
  I REPORTE  AS DIRECTED, SAME RESIDENCE, NO POLICE.  PAID SUPV FEE OF $30. P ST
ATI  THAT H  IS LOOKING FOR A ROOM . HE STATED THAT SO FAR, THINGS ARE GOING WE
L   HIS SI TER'S RESIDENCE.
  F TESTED NEGATIVE FOR THE UNAUTHORIZED MEDICALUSE OF CONTROLLED SUBSTANCES

  N E 4/5/16 AT 11AM
SPC REVIEW: NONE
-- ---------------------------------------------------------------------------
```

```
CMS RON* * *        NEW YORK STATE - DOCCS      * * *     DATE: 02/23/2017
                    COMMUNITY SUPERVISION                  PAGE:     2
                   PAROLEE CHRONO REPORT
                 FROM 02/03/2014 THRU 04/28/2016

   NAME: BURRELL,NICO                      AREA: BRONX I
   NYSID: 00899359P                    SPO NAME: MURPHY,DEREK
    DIN: 11B0438                        PO NAME: FRANKLYN,GABRIELLA


  DATE     TIME    TYPE              ACTIVITY        LOCATION
```

ENTERED BY: FRANKLYN,GABRIELA E
03/ /2016 07:33AM HOME VISIT W/PAROLEE      REVIEWED CONDITI
                                            CURFEW DISCUSSED
CONTACT ADDRESS: 3030 WALLACE AVE#BSMT,BRONX,10467
P AT RESIDENCE WITH HIS SISTER. P OCCUPIES THE REAR ROOM.
 P PRESENTED A PERFORMANCE ITIMERARY FOR TONIGHT INTO SAT MORNING AT 140 WALTON
 AVENUE. P WILL PERFORM AT 2AM. P WAS GRANTED A CURFEW EXTENSION FOR FRIDAY NOG
HT INTO SAT MORNING. P WAS DIRECTED TO IMMEDIATELY RETURN TO THE APPROVED RESID
ENCE AFTER HIS PERFORMANCE

 P STATED THAT HE WILL DROP OFF A COPY OF THE PERFORMANCE INFORMATION AT THE NY
S DOCS OFFICE TODAY.
SPO REVIEW: NONE
---------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
03/08/2016 04:02PM TELEPHONE FROM OTHER
 P I RECEIVED  A CALL FROM P'S SISTER , SHANICE JOHN WHO STATED THAT SHE WISHE
S FOR P TO RESIDE WITH HER AT H ER RESIDENCE LOCATED AT 3030 WALLACE AVENUE - B
ASEMENT BRONX NY 10467 347-596-3529
SPO REVIEW: NONE
---------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
03/08/2016 01:19PM OFFICE REPORT W/PAROLEE
 P REPORTED , CONDITIONS OF RELEASE WERE REVIEWED. P IS TO RESIDE AT THE BELLEV
UE MENS SHELTER TODAY . P IS TO ABIDE BY THE CURFEW OF 9PM - 7AM/7DAYS PER WEEK
 AT THE APPROVED RESIDENCE.
 P STATED THAT HE HAS $4500.00 SAVE UP AND PLANS TO MOVE TO A ROOM

   NRD 3/15.16  AT 11 11: 45AM
SPO REVIEW: NONE
---------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
03/08/2016 10:10AM TELEPHONE FROM OTHER
MS MCCLEAN AUNT OF BURRELL, NICO CALLED.  HER CALLBACK NUMBER IS 917-602-9200
OR
917-207-294. .
 PO WAS INFORMED THAT SINCE SAT 3/5/16, P STAYED AT HER RESIDENCE LOCATED AT 29
03 MIDDLETOWN ROAD BX NY 10465
 P 'S AUNT STATED THAT HE IS IN NEED OF A REFERRAL FOR HOUSING.
SPO REVIEW: NONE
---------------------------------------------------------------------------------

```
CMS:CRON* * *          NEW YORK STATE - DOCCS       * * :      DATE: 02/23/2017
                       COMMUNITY SUPERVISION                    PAGE:     3
                       PAROLEE CHRONO REPORT
                    FROM 02/03/2014 THRU 04/28/2016
```

NAME: BURRELL,NICO                          AREA: BRONX I
NYSID: 00099959P                            SPO NAME: MURPHY,DEREK
DIN: 11R0438                                PO NAME: FRANKLYN,GABRIELLA

DATE      TIME   TYPE                    ACTIVITY        LOCATION

ENTERED BY: FRANKLYN,GABRIELA E
03/10/2016 07:44AM HOME VISIT W/PAROLEE        REVIEWED CONDITI
                                               CURFEW DISCUSSED

CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
P WAS AT APPROVED RESIDENCE. P O ADDRESSED P'S STAYING OUT OF THE APPROVED RESI
DENCE FOR 3 DAYS LAST WEEK WITHOUT AUTHORIZATION, INITIALLY, P ADMITTED TO STAY
ING OUT ONE DAY. BUT, WHEN P'S GRANDMOTHER JOINED THE CONVERSATION, P ADMITTED
TO STAYING OUT THREE DAYS. THIS WRITER REVIEWED THE CONDITIONS OF RELEASE RE: C
URFEW, APPROVED RESIDENCE, ANSWERING HONESTLY AND TRUTHFULLY TO NYS DOCCS AND M
AINTAINING OFFICE REPORTS. P BECAME VISIBLY AGITATED , SHIFTING IN HIS SEAT, LE
AVING THE ROOM. P'S GRANDMOTHER AT THAT TIME INFORMED P O THAT P HAS UNTIL MAY
1201 TO OBTAIN AN ALTERNATIVE RESIDENCE.

     THIS WAS ALSO COMMUNICATED TO P WHEN HE RETUENED TO THE ROOM. P O DIRECTED P
TO REPORT TO NYS DOCCS ( BX 1) ON 2/8/16 AT 1PM
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
03/01/2016 09:30PM FAILURE TO REPORT
   NO CALL/ NO SHOW
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: JONES,DEREK
REPORT TAKEN BY: MURPHY,DEREK
02/27/2016 09:08AM CASE CONFERENCE
P LAST STAYED AT RESIDENCE THURSDAY,P HAS VIOLATED HIS CURFEW AND IS PREDELINQU
ENT.WHEN P REPORTS HE WILL BE DRUG TESTED AND MAY BE A CANDIDATE FOR EDGECOMBE.
PO WILL CONDUCT CURFEW VISIT ON SUN 2/28/16.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
02/27/2016 06:56AM HOME VISIT W/OTHER        CURFEW VIOLATION
                                             CURFEW

CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
   P WAS NOT HOME DURING CURFEW. P O WENT TO P'S SLEEPING AREA TO VERIFY . P'S
GRANDMOTHER EXPRESSED CONCERN . SHE STATED THAT P HAD NOT RETURNED TO HER HOME
SINCE HELEFT OUT ON THURSDAY.
P'S WHEREABOUTS ARE UNKNOWN TO HIS GRANDMOTHER AT THIS TIME
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
02/16/2016 02:47PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
   P REPORTED AS DIRECTED, SAME RESIDENCE, NO POLICE CONTACT. P P WAS RE-REFERRED
TO CEO .P HAS AN INTERVIEW AT THE HUNTOS PT MARKET ON 2/17/16 . THE LOCATION I
S 360 FOOD CENTER DRIVE BRONX NY  AT 12 NOON
             NRD 3/1/16 AT 10AM
SPO REVIEW: NONE
-------------------------------------------------------------------------------

```
CMS: RON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 02/23/2017
                     COMMUNITY SUPERVISION                     PAGE:     4
                     PAROLEE CHRONO REPORT
                  FROM 02/03/2014 THRU 04/28/2016

  NA1.: BURRE_L,NICO                          AREA: BRONX I
  NYS_: 00099959P                        SPO NAME: MURPHY,DEREK
    D__: 1130438                          PO NAME: FRANKLYN,GABRIELLA


  DAT_       TIME    TYPE                    ACTIVITY         LOCATION
```

ENT_ED BY: FRANKLYN,GABRIELA E
02/_ /2016 12:36PM OFFICE REPORT W/PAROLEE
  P R_PORTED AS DIRECTED, SAME RESIDENCE . P O ADDRESSED P'S EMPLOYMENT STATUS.
P S_TED THAT HE TALKED WITH HIS GRANDMOTHER AND HE AGREED THAT HE WILL SEEK AN
OTH_ SOURCE OF INCOME . P STATED THAT HE LOST HIS ID AND WILL OBTAIN A REPLACE
MENT BY NRD

          NRD 2/16/16 A6 12 NOON
  SPC _EVIEW: NONE
-- ------------------------------------------------------------------------
ENT_ED BY: FRANKLYN,GABRIELA E
01/3_/2016 C7:55AM HOME VISIT W/PAROLEE
CO_TACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
  F _T RESIDENCE WITH HIS GRANDMOTHER. P'S GRANDMOTHER EXPRESSED FRUSTRATION TH
AT P IS NOT CONTRIBUTING TO THE BILLS
  SPC _EVIEW: NONE
-- ------------------------------------------------------------------------
ENT_ED BY: FRANKLYN,GABRIELA E
01/1_/2016 11:10AM OFFICE REPORT W/PAROLEE    FEES PAID
  P R_PORTED , SAME RESIDENCE, NO POLICE CONTACT. P PAID $10 SUPV FEE. P STATED
TH_T HE PERFORMED AT A SWEET SIXTEEN PARTY DURING THE MARTIN LUTHER KING JR
WEE_END. P STATED THAT HE HAS BEEN LOOKING FOR ALTERNATIVE EMPLOYMENT. P O RE-
REFE_RED P TO CEO.
  SPC _EVIEW: NONE
-- ------------------------------------------------------------------------
ENT_ED BY: FRANKLYN,GABRIELA E
01/05/2016 10:44AM OFFICE REPORT W/PAROLEE
  F _EPORTED , SAME RESIDENCE, NO POLICE CONTACT .
  F REPORTED NO CHANGES . P STATED THAT HE CONTINUES TO RECORD . P STATED THAT
HE HAS A PERFORMANCE ON 1/9/16 AT 5:30AM - 8: 30PM .
  SPC _EVIEW: NONE
-- ------------------------------------------------------------------------
EN_ED BY: FRANKLYN,GABRIELA E
12/_2/2015 12:25PM HOME VISIT W/PAROLEE        REVIEWED CONDITI
                                               CURFEW DISCUSSED
CO_TACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
  F REPORTE_ , SAME RESIDENCE. NO POLICE CONTACT.  P WAS DIRECTED TO MAINTAIN T
HE ASSIGNED CURFEW OF 9PM - 7AM/7DAYS PER WEEK AT APPROVED RESIDENCE.
  P WAS RE-REFERRED TO CEO  FOR EMPLOYEMT SERVICES
    _FD 1/6/1_ AT 11AM
  SPC _EVIEW: NONE
-- ------------------------------------------------------------------------

```
CMS:IRON* * *          NEW YORK STATE - DOCCS           * * *      DATE: 02/23/2017
                      COMMUNITY SUPERVISION                        PAGE:     5
                     PAROLEE CHRONO REPORT
                  FROM 02/03/2014 THRU 04/28/2016

   NAME: BURRELL,NICO                          AREA: BRONX I
   NYSID: 0099959P                        SPO NAME: MURPHY,DEREK
    DIN: 11R0458                          PO NAME: FRANKLYN,GABRIELLA


  DATE      TIME    TYPE                    ACTIVITY        LOCATION

 ENTERED BY: FRANKLYN,GABRIELA E
 12/11/2015 11:06AM OFFICE REPORT W/PAROLEE
 CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
    P REPORTED , PO ADDRESSED P'S CURFEW VIOLATION ON 12/7/15. P STATED THAT HE WA
 S NOT AT THE APPROVED RESIDENCE. P DID NOT PROVIDE AN EXCUSE FOR HIS CURFEW VIO
 LATION. P O REVIEWED CONDITIONS OF RELEASE




    XR) 12/22/15 AT 10:15 AM
 SPO REVIEW: NONE
 ---- ------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 12/07/2015 06:23AM HOME VISIT W/OTHER            CURFEW
                                                 CURFEW VIOLATION
 CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
 P WAS NOT AT THE RESIDENCE DURING THE CURFEW HOME VISIT. P'S GRANDMOTHER STATED
 THAT P STAYED OUT LAST NIGHT. P O OBSERVED THAT P WAS NOT IN HIS SLEEPING AREA
 OF RESIDENCE
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 11/30/2015 05:55AM HOME VISIT W/PAROLEE          CURFEW
 CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
    P AT RESIDENCE , OBSERVED ASLEEP ON THE LIVING ROOM COUCH. NO PROBLEMS WERE
 REPORTED TO PO
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 11/14/2015 11:19AM OFFICE REPORT W/PAROLEE
    P REPORTED  NO CHANGES TO REPORT. P CONTINUES TO PURSUE HIS MUSIC CAREER. P RE
 CEIVES ROYALTIES FROM HIS CURRENT RECORD COMPANY .
 SPO REVIEW: NONE
 -- -------- --------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 11/10/2015 12:41PM OFFICE REPORT W/PAROLEE       REVIEWED CONDITI
                                                 FEES PAID
    P REPORTED AS DIRECTED, SAME RESIDENCE. P PAID $5 SUPV FEE. P BOUGHT IN A
    CD FOR PO'S REVIEW.

       NXD 12NOON ON 11/24/15
 SPO REVIEW: NONE
 -- -------- --------------------------------------------------------------------
```

CMSC IRON* * *       NEW YORK STATE - DOCCS       * * *       DATE: 02/23/2017
                     COMMUNITY SUPERVISION                     PAGE:    6
                     PAROLEE CHRONO REPORT
                  FROM 02/03/2014 THRU 04/28/2016

NAME: BURRELL,NICO                         AREA: BRONX I
NYSID: 00099959P                      SPO NAME: MURPHY,DEREK
DIN: 1130438                           PO NAME: FRANKLYN,GABRIELLA

DATE _____ TIME __ TYPE _____ ACTIVITY _____ LOCATION _____

ENTERED BY: FRANKLYN,GABRIELA E
10/27/2015 05:55AM TELEPHONE TO PAROLEE       CURFEW
                                              CURFEW VIOLATION

CALL TO P. P O INFORMED P THAT P O WAS OUTSIDE OF THE DOOR. P WAS DIRECTED TO
COME AND OPEN THE DOOR.  P REPLIED BY STATING THATH E WAS NOT AT THE APPROVED R
ESIDENCE. P STATED THAT HE STAYED OVERNIGHT AT HIS GRANDMOTHER'S HOUSE LOCATED
ON MIDDLETOWN ROAD IN BX NY. P WAS ADMONISHED FOR VIOLATING CURFEW AT THE APPRO
VED RESIDENCE
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
10/27/2015 05:51AM HOME VISIT NEGATIVE        CURFEW
                                              CURFEW VIOLATION

CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
NO ANSWER AT THE DOOR. P O KNOCKED REPEATEDLY TO NO AVAIL
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: MURPHY,DEREK
REPORT TAKEN BY: MURPHY,DEREK
10/21/2015 02:38PM CASE CONFERENCE
SUBJ IS DV ALERT CASE. PO IS TO EXPLORE DV ISSUE AND REFER FOR PROGRAMMING AS I
S NECESSARY   SUBJ HAS COMPLETD MANDATED PRPOGRAMMING TO DATE AND IS CURRENTLY
EMPLOYED AS A RECORDING ARTIST.  PHOTO IS TO BE TAKEN ON NRD.
SPO REVIEW: 10/21/2015
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
10/20/2015 02:43PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT

P REPORTED , SAME RESIDENCE, NO POLICE CONTACT, P STATED THAT HE WAS IS WORKIN
G AT THE STUDIO . P O PRESENTED SCHOLL. P STATED THAT HE HAS NOT FOLLOWED UP RE
 SCHOOL BECAUSE HE IS SAVING FOR A ROOM RENTAL.   NEG FOR CONTROLLED SUBSTANCE
S RPD 11/10/15 AT 2PM
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: HERRERA,ANTHONY
10/16/2015 02:54PM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              FEES DISCUSSED

NO POL CONTACT/ SAME ADDRESS.  SUBJ PROVIDEED CHECK STUB TO VERIFY HIS EMPL/
SU  STATED HE RECEIVES CHECK FOR WRITING MUSIC.  $177.66 AND 171.08.  NRD IS S
CHEDULED FOR 10-20-15 AT 12PM
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09/30/2015 04:03PM TELEPHONE FROM PAROLEE

P CALLED AND STATED THAT HE RETURNED HOME APPROX 20 MINUTES AFTER P O LEFT. P
STATED THAT HE WAS AT THE STUDIO AND WAS LATE DUE TO TRAIN DELAYS AND RE-ROUTI
ING P TC REPOPRT TO BX 1 ON 10/6/15 WITH PAY STUB
SPO REVIEW: NONE
-------------------------------------------------------------------------------

```
CMSC IRON* * *        NEW YORK STATE - DOCCS         * * *    DATE: 02/23/2017
                    COMMUNITY SUPERVISION                      PAGE:     7
                    PAROLEE CHRONO REPORT
                 FROM 02/03/2014 THRU 04/28/2016

  NAME: BURRELL,NICO                           AREA: BRONX I
  NYSID: 00095959P                         SPO NAME: MURPHY,DEREK
  IIN: 1130438                              PO NAME: FRANKLYN,GABRIELLA


DATE      TIME   TYPE                    ACTIVITY         LOCATION
```

ENTERED BY: FRANKLYN,GABRIELA E
09/30/2015 12:03PM CASE CONFERENCE
    MONITOR P'S CURFEW, MODIFY IF NECCESARY. RE-REFER TO CEO . NO PENDING LEGALS
    DRUG TEST AT NRD
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENTERED BY: FRANKLYN,GABRIELA E
09/29/2015 09:06PM HOME VISIT W/OTHER          CURFEW
                                               CURFEW VIOLATION
CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
    PO WENT TO THE APPROVED RESIDENCE DURING CURFEW. P'S GRANDMOTHER ALLOWED PO A
    CCESS INTO THE RESIDENCE. P WAS NOT AT HOME . P'S GRANDMOTHER DID NOT KNWO WHER
    E P WAS AT THE TIME OF PO'S VISIT.
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENTERED BY: FRANKLYN,GABRIELA E
09/08/2015 12:12PM OFFICE REPORT W/PAROLEE
    P REPORTED AS DIRECTED, SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE
    IS ABOUT TO START WORK AS A CONSTRUCTION LABORER. P TO REPORT TO NYS PAROLE ON
    10/6/15 AT 10AM
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENTERED BY: JEFFERIES,JAMES L
REPORT TAKEN BY: JEFFERIES,JAMES
08/26/2015 11:50AM CASE CONFERENCE
CONTACT ADDRESS: 82 LINCOLN AVE BRONX NY
CONFERENCE DETAIL:SUBJECT CONTINES TO RECEIVE SERVICES FROM EXODUS FOR ANGER MA
NAGEMENT AND ANTI VIOLENCE. COMPLETED ORIENTATION, BUT HAS NOT RETURNED. PO WIL
L CONFERENCCE CASE WITH B/C AND SPO IN AN ATTEMPT TO RE-ENGAGE SUBJECT WITH CEO
    PROGRAM.
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENTERED BY: FRANKLYN,GABRIELA E
08/15/2015 12:12PM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
    REPORTED AS DIRECTED, O SHARED HAT HE WILL NOT BE RELOCATING WITH HIS BROTH
    ER AT THIS TIME.P STATED THAT HE WILL RESIDE WITH HIS GRANDMOTHER AND SAVE HIS
    MONEY FOR NOW. NO MAJOR ISSUES WERE PRESENTED TO PO. P DIRECTED TO PAY SUPV AT
    NRD AND PROVIDE PAYSTUB AT NRD 9/8/15 AT 11AM
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENTERED BY: FRANKLYN,GABRIELA E
08/11/2015 11:08PM OFFICE REPORT W/PAROLEE     URINE/DRUG NEGAT
    REPORTED ,SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE HAS NOT PERFO
    RMED SINCE HIS LAST MEETING WITH PO.P STATED THAT HE HAS A PENDING INTERVIEW WI
    TH SONY RECORDS.
    NRD 8/25/15 AT 12 NOON
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
CMS: RON* * *           NEW YORK STATE - DOCCS        * * <    DATE: 02/23/2017
                         COMMUNITY SUPERVISION                  PAGE:     8
                         PAROLEE CHRONO REPORT
                     FROM 02/03/2014 THRU 04/28/2016
```

```
NA  : BURRE L,NICO                        AREA: BRONX I
NYS  : 00099 59P                      SPO NAME: MURPHY,DEREK
  D  : 11R04 8                         PO NAME: FRANKLYN,GABRIELLA
```

DAT ____ _ I ME ____ TYPE _____    ACTIVITY _____ LOCATION _____ ____

ENT ED BY: FRANKLYN,GABRIELA E
07/ /2015 0 :20PM CASE CONFERENCE
 MO TOR P'S COMPLIANCE OF CURFEW. P TO ENTER AND COMPLETE ALL PROGRAMS,P O TO
 INI ATE INTERSTATE COMPACT TO P'S BROTHER'S RESIDENCE OR INITIATE CASE TRANSFE
 R I APPL CABLE
SPO  EVIEW: )7/30/2015
---- ---------------------------------------------------------------------

ENT ED BY: FRANKLYN,GABRIELA E
07/ /2015 0 :1 PM OFFICE REPORT W/PAROLEE
 P  PORT D AS DIRECTED, SAME RESIDENCE NO POLICE CONTACT . P INWUIRED ABOUT MO
VIN  WITH HIS BROTHER. P TO PROVIDE HOUSING INFO AT NRD.

   8 11/1 AT 12 NOON
SPO  EVIEW: NONE
---- ---------------------------------------------------------------------

ENT ED BY: FRANKLYN,GABRIELA E
07/ /2015 1 :08AM OFFICE REPORT W/PAROLEE
 P  OVIDED A LETTER FROM 3SIXTY5 STUDIO RE: BEING HIRED BY THEM AS A RECORDING
ARTI T. P PROVIDED A PAYSTUB WITH NET PAY OF $650.
 P  AS DIRECTED TO PROVIDE AN EMPLOYMENT LETTER FROM THE COMPANY. P STATED THAT
 TH COMPAN  IS BASED IN AKRON OHIO.
    RD 7/2 /15 AT 10AM
SPC  EVIEW: NONE
---- ---------------------------------------------------------------------

ENT ED BY: FRANKLYN,GABRIELA E
07/ /2015 6:36AM HOME VISIT W/PAROLEE        CURFEW
CON ACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
  F  T RESIENCE. P 'S GRANDMOTHER WAS ALSO PRESENT. P STATED THAT HE WAS GOING
 TF  JOB OF IENTATION IN LONG ISLAND CITY RE: CONSTRUCTION LABORER. P WAS ALSO
DIRE TED TO PARTICIPATE IN THE CEO EMPLOYMENT PROGRAM SIMULTANEOUS TO HIS JOB S
EAFC .
SPC  EVIEW: NONE
---- ---------------------------------------------------------------------

ENTE ED BY: FRANKLYN,GABRIELA E
06/ /2015  9:55AM OFFICE REPORT W/PAROLEE
 P REPORTED AS DIRECTED, P O ADDRESSED P'S CEO STATUS- P ADNITTED THATHE HAD NO
 T TTENDED CEO BUT STATED THAT HE WAS EMPLOYED VIA A RECORD COMPANY. P STATED T
 HA  E WOUL  BRING PAYSTUBS AT NRD . MEANWHILE. P WAS DIRECTED TO RE-ENGAGE WIT
 H CEO PROGR M. NRD 7/8/15 AT 11AM
SPC  EVIEW: NONE
---- ---------------------------------------------------------------------

EN ERED BY: MURPHY,DEREK
REF RT TAKE  BY: MURPHY,DEREK                 REVIEWED CONDITI
06. 16/2015  2:20PM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                              FEES DISCUSSED
 SU  SEEN.  SUBJ STATES THAT HE RESIDES AT THE SAME RESIDENCE, NPC, NO DRUG OR
 AL HOL USA E REPORTED.  SUBJ STATES THAT HE IS ABIDING BY HIS CURFEW AND ATTEN
 DI  PROGRAHS AS DIRECTED.  SUBJ STATES THAT TODAY IS HIS COMPLETION DATE
NR  6/30/15
SP  REVIEW: 06/16/2015
---- ---------------------------------------------------------------------

CMS:RON* * *          NEW YORK STATE - DOCCS         * * >      DATE: 02/23/2017
                    COMMUNITY SUPERVISION                      PAGE:     9
                    PAROLEE CHRONO REPORT
                  FROM 02/03/2014 THRU 04/28/2016

  NA4 : BURRELL,NICO                         AREA: BRONX I
NYSI0: 00899359P                      SPO NAME: MURPHY,DEREK
  DI0: 1180458                         PO NAME: FRANKLYN,GABRIELLA


DATE_____ TIME____ TYPE_____ ACTIVITY_____ LOCATION_____

ENTERED BY: FRANKLYN,GABRIELA E
06/10/2015 01:42PM OFFICE REPORT W/PAROLEE
   P REPORTED AS DIRECTED, P ADMITTED THHAT HE DIS NOT REPORT TO CEO LAST WEEK.
P WAS DIRECTED TO REPORT TODAY. NO POLICE CONTACT, P STATED THAT HE HAS AN INTE
RVIEW WITH SONY RECORDS RE: A RECORDING DEAL
          NRD 6/16/15 AT 11:30AM
SPC REVIEW: 06/16/2015
---- ----------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
05/19/2015 01:11PM OFFICE REPORT W/PAROLEE
   P REPORTED AS DIRECTED, SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE W
ENT TO CEO TODAY AND YESTERDAY. P ALSO SHARED THAT HE HAS APPLIED FOR EMPLOYMEN
T AT HOME DEPOT.
SPC REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: JEFFERIES,JAMES L
REPORT TAKEN BY: JEFFERIES,JAMES
05/15/2015 12:30PM CASE CONFERENCE
CONTACT ADDRESS: 82 LINCOLN AVE BX NY 10454
CONFERENCE DETAIL: SUBJECT HAS BEEN RE-ENGAGED WITH CEO (PFS) AND IS ATTENDING
ANGER MANAGEMENT. UPDATE CMS WITH CURRENT AND ACCURATE INFORMATION.

ACTION PLAN:
SPC REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
05/05/2015 11:13AM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
   P REPORTED, SAME RESIDENCE, NO POLICE CONTACT. P O ADDRESSED PO'S HOME VISIT A
TTEMPT AT THE APPROVED RESIDENCE. P STATED THAT HE WAS ASLEEP AND DID NOT HEAR
THE DOOR. P O EXPRESSED THAT P O STOOD AT THE DOOR FOR A PERIOD OF TIME KNOCKIN
G LOUDLY, TO THE POINT WHERE THE TENANT IN 13K OPENED THEIR DOOR. P O ALSO INFO
ORIED PO CAILED THAT HOME RESIDENCE AND COULD HEAR THE PHONE RINGING FROM OUTSI
DE THE DOOR  P O ADDRESSED P'S RECENT ARREST AND THE FACT THAT THE POLICE CONTA
CT OCCURRED DURING CURFEW HOURS. P WAS WARNED TO ADHERE TO THE ASSIGNED CURFEW
OF 6PM - 7AM/7DAYS PER WEEK AT THE APPROVED RESIDENCE.


   P WAS ALSO RE
SPC REVIEW: NONE
-- --------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
05/04/2015 06:30AM TELEPHONE TO PAROLEE      CURFEW
   CALL TO APPROVED RESIDENCE PHONE #. P O COULD HEAR THE PHONE RINGING AS P O S
TOOD OUTSIDE OF THE DOOR. P O LEFT A BUSINESS CARD IN THE DOOR JAM OF THE APPRO
VED RESIDENCE
SPC REVIEW: NONE
-- ---------------------------------------------------------------------------

CMS IRON* * *           NEW YORK STATE - DOCCS          * * *        DATE: 02/23/2017
                        COMMUNITY SUPERVISION                        PAGE:    10
                        PAROLEE CHRONO REPORT
                     FROM 02/03/2014 THRU 04/28/2016

   NAME: BURRELL,NICO                              AREA: BRONX I
   NYSID: 00099959P                           SPO NAME: MURPHY,DEREK
     DIN: 11R0438                              PO NAME: FRANKLYN,GABRIELLA

 DATE       TIME    TYPE                    ACTIVITY          LOCATION

ENTERED BY: FRANKLYN,GABRIELA E
05/01/2015 06:27AM HOME VISIT W/OTHER          CURFEW
CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
PO ALLOWED ACCESS INTO THE BUILDING BY EXITING TENANT. NO ANSWER TO REPEATED KN
OCKING ON THE APPROVED RESIDENCE APT DOOR.
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTERED BY: FRANKLYN,GABRIELA E
04/21/2015 12:24PM OFFICE REPORT W/PAROLEE     DELINQUENCY
                                               REVIEWED CONDITIONS
    P REPORTED , P O ADDRESSED P'S ARRESTON 4/7/15. P ADMITTED THAT HE WAS OUT OF
HIS HOUSE DURING CURFEW . P STATED THAT HE WAS RETURBIB HOME AFTER VISITING A
FEMALE WHO LIVES ON 17TH  STREET AND 3RD AVENUE. P STATED THAT WHILE HE WAS AT
THE TRAIN STATION, HE WAS TAKEN INTO CUSTODY BY NYPD WHO STATED THAT THEY WERE
INVERSTIGATING A STABBING THAT OCCURRED ON THE STATION . P STATED THAT HE WAS
TAKEN TO A HOLDING LOCATION LOCATED AT 14TH STREET AND FINGERPRINTED AND RELEAS
ED AFTER A WITNESSED CONFIRMED THAT P WAS NOTT HE PERPETRATOR.

    P WAS DIRECTED TO MAINTAIN THE ASSIGNED CURFEW OF 9PM - 7AM/7DAYS PER WEEK
AT THE APPROVED  RESIDENCE. P STATED THAT HE CONTINUES TO ATTEND EXODUS TRANSIT
IONAL INC FOR ANGER MGT. P STATED THAT IS IS HIS GOAL TO OBTAIN HIS OSHA LICEN
S . P O ALSO DISCUSSED THE CEO PROGRA. P STATED THAT HE WORKED FOR ONE WEEK BUT
 BECAME FRUSTRATED WITH THE JOB ASSIGNMENT PROCESS. P STATED THAT HE HAS ATTEMP
TED TO CALL THE JOB LINE AND WOULD HAVE TO WAIT FR HOURS TO GET THROUGH.

    NRD 5/5/15 AT 12:30PM
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTERED BY: FRANKLYN,GABRIELA E
04/21/2015 10:45AM TELEPHONE TO OTHER
CONTACT ADDRESS: 212-335-3630
  CALL TO NY DA'S OFFICE . ACCORDING TO THE OFFICE OF COURT ADMINISTRATION CIOUR
T IATA, THE DISTRICT ATTY OFFICE DECLINED TO PROSECUTE THE CASE. THERE WAS NEVE
R AND ADA ASSIGNMENT
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTERED BY: FRANKLYN,GABRIELA E
04/18/2015 10:12PM TELEPHONE TO OTHER
CONTACT ADDRESS:  646-821-3966
  CALL TO P'S CELL , PHONE WENT STRAIGHT TO VOICE MAIL. P O LEFT A MESSAGE DIREC
TING P TO CONTACT NYS DOCCS ASAP
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTERED BY: FRANKLYN,GABRIELA E
04/18/2015 10:09PM TELEPHONE TO OTHER          CURFEW
CONTACT ADDRESS: 718-563-8333
  MESSAGE LEFT ON THE VOICEMAIL OF RESIDENCE LAND LINE
SPO REVIEW: NONE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
CMS IRON* * *        NEW YORK STATE - DOCCS        * * *     DATE: 02/23/2017
                      COMMUNITY SUPERVISION                  PAGE:    11
                      PAROLEE CHRONO REPORT
                   FROM 02/03/2014 THRU 04/28/2016

 NAME: BURRELL,NICO                              AREA: BRONX I
 NYSID: 00099959P                         SPO NAME: MURPHY,DEREK
 DIN: 1130438                              PO NAME: FRANKLYN,GABRIELLA


 DATE ____ TIME    TYPE _____    ACTIVITY _____    LOCATION _____

 ENTERED BY: FRANKLYN,GABRIELA E
 04/13/2015 10:04PM OTHER WORK            DELINQUENCY
                                          LAW ENFORCEMENT
    FIT NOTICE REVIEWED, P WAS ARRESTED VIA ARREST # M15628317 AT 0525 HOURS AT T
 HE LOCATION OF UNION SQUARE AND EAST 14TH STREET IN NY CTY AND CHARGED WITH ASS
 AULT W/ INTENT TO CAUSE SERIOUS INJURY WITH A WEAPON . CPW - 4TH FIREARM - WEAP
 ON , UNLAWFUL ASSEMBLY , DISORDERLY CONDUCT : FIGHT/ VIOLENT BEHAVIOR
 SPO REVIEW: NONE
 -----------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 04/07/2015 12:22PM OFFICE REPORT W/PAROLEE
    P REPORTED AS DIRECTED, SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE H
 AS NOT REGISTERED FOR CLASSES AS OF YET. P STATED THAT HE HAS BEEN ASSIGNED THE
 BX COURT HOUSE AND LEHMAN COLLEGE VIA CEO. NO MAJOR CHANGES WERE REPORTED.


       NRD 4/21/15 AT 12NOON
 SPO REVIEW: NONE
 -----------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 03/25/2015 10:42AM HOME VISIT W/PAROLEE
 CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
    P AT RESIDENCE WITH HIS COUSIN. P'S GRANDMOTHER NOT HOME . P O WAS INFORMED TH
 AT SHE WENT TO CHURCH. P WAS DIRECTED TO MAINTAIN CEO APPTS IN TH EUPCOMING WEE
 K AND MOVING FORWARD
 SPO REVIEW: NONE
 -----------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 03/20/2015 11:41PM OFFICE REPORT W/PAROLEE      URINE/DRUG NEGAT
 P REPORTED AS DIRECTED, WAS RE-REFERRED TO CEO. P TESTED NEGATIVE FOR THE UNAUT
 HORIZED MEDICAL USE OF CONTROLLED SUBSTANCES. P IS TO MAINTAIN APPTS AS DIRECTE
 D.
 SPO REVIEW: NONE
 -----------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 03/13/2015  2:21PM OFFICE REPORT W/PAROLEE
    P REPORTED  SAME RESIDENCE, NO POLICE CONTACT.  P WAS DIRECTED TO REPORT TO NY
 S DCCS ON 3/10/15 AT 10AM TO MEET WITH STEPHANIE OF CEO  FOR A RE-REFERRAL TO
 TH PRE-EMPLOYMENT TRAINING
 SPO REVIEW: NONE
 -----------------------------------------------------------------------------
 ENTERED BY: FRANKLYN,GABRIELA E
 02/17/2015 10:26AM OFFICE REPORT W/PAROLEE
 CONTACT ADDRESS:  212-391-5243
    P REPORTED ,SAME RESIDENCE, NO POLICE CONTACT . P STATED THAT HE HAS AN INTER
 VIEW AT UNIVERSAL SURVEY LOCATED AT 218 W 40TH STREET IN NY RE: TELEMARKETING .
    P WAS RE-REFERRED TO CEO AS AN ALTERNATIVE REAOURCE FOR EMPLOYMENT. P HAS POST
 PONED SCHOOL UNTIL AUGUST 2015
       NRD 3/3/15 AT 10AM
 SPO REVIEW: NONE
 --------------------------------------------------------------------------
```

```
CMSCIRON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 02/23/2017
                    COMMUNITY SUPERVISION                      PAGE:    12
                    PAROLEE CHRONO REPORT
                FROM 02/03/2014 THRU 04/28/2016

  NAME: BURRELL,NICO                        AREA: BRONX I
  NYSID: 00099959P                   SPO NAME: MURPHY,DEREK
  EII: 11R0438                       PO NAME: FRANKLYN,GABRIELLA


DATE _____ TIME ___ TYPE _____  ACTIVITY _____ LOCATION _____
```

ENTERED BY: MURPHY,DEREK
REPORT TAKEN BY: MURPHY,DEREK
02/03/2015 11:08AM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
                                               CURFEW DISCUSSED
                                               FEES DISCUSSED
SUBJ HAS EXPRESSED A DESIRE TO SIGNUP FOR FORTUNE SOCIETY EMPLOYMENT RESOURCES.
AND HAS OBTAINED AN APPLICATION.  SUBJ STATES THAT THERE HAS BEEN NO POLICE CON
TACT.  NO DRUG OR ALCOHOL USAGE HAS BEEN REPORTED.  SUBJ STATES THAT HE IS ABIDI
NG BY HIS ASSIGNED CURFEW.  SUBJ IS DUE TO BEGIN EXODUS FOR ASAT PROGRAMMING IN
APRI.
SPO REVIEW: 02/03/2015
------------------------------------------------------------------------
ENTERED BY: MURPHY,DEREK
REPORT TAKEN BY: MURPHY,DEREK
01/22/2015 12:30PM CASE CONFERENCE
SUBJ IS UNEMPLOYED BUT HAS COMPLETED CEO.  HIS IMMEDIATE GOAL IS TO FINISH SCHO
OL AND IS REFERRED TO CUNY-TECHNICAL COLLEGE.  URINES HAVE BEEN NEGATIVE FOR CO
NTROLLED SUBSTANCES AND HE IS DUE TO BEGIN EXODDUS TRANSITIONAL FOR ANGER MANAG
EMENT BEGINNING 4/7/15.  NO SUPV FEES HAVE BEEN PAID.  NO ISSUES OF NOTE AT THI
S POINT.
SPO REVIEW: 01/22/2015
------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
01/20/2015 12:40PM OFFICE REPORT W/PAROLEE
  P REPORTED , SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE OBTAINED
  All DOCUMENTATIONS RE: BIRTH CERTIFICATE AND IMMUNIZATION.
  P STATED THAT HE HAS MISSED HE SCHOOL DEADLINE FOR SPRING SEMESTER. P WAS RE-
RIFERRED TO CEO HOWEVER, P STATED THAT HE DID NOT WANT TO RETURN TO CEO
  BECAUSE HE HAS " BEEF " WITH CO-DEFENDANTS AND OTHER INDIVIDUALS WITH WHOM HE
WAS INACERATED WITH



       NRD 1/27/15 AT 11AM
SPO REVIEW: 03/06/2015
------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
01/16/2015 11:51PM OFFICE REPORT W/PAROLEE
  P REPORTED AS DIRECTED, SAME RESIDENCE, NO POLICE CONTACT . P STATED THAT HE D
ID NOT GO TO THE COLLEGE AS DIRECTED BY PO . P WAS DIRECTED AGAIN TO MAINTAIN A
LL APPTS RE: SCHOOL. NRD 1/6/15
SPO REVIEW: 03/06/2015
------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
12/23/2014 11:33AM OFFICE REPORT W/PAROLEE
  P REPORTED, AS DIRECTED, NO POLICE CONTACT. P STATED THAT HE VISITED NY TECHNI
CAL COLLEGE . P STATED THAT THE ADMISSION OFFICER TRIED TO ENCOURAGE P TO TAKE
  A LOAN . P O DISCUSSED PELL  GRANT WITH P .
  P ALSO STATED THAT HE RECEIVED A RETURN CALL FROM A WAREHOUSEIN MOUNT VERNON
. P COULD NOT REMEMBER TH ENAME OF THE COMPANY WHEN ASKED BY P O .

       NRD 12/23/14 AT 11:45AM
SPO REVIEW: 03/06/2015
------------------------------------------------------------------------

CMSC(RON* * *          NEW YORK STATE - DOCCS          * * *          DATE: 02/23/2017
                       COMMUNITY SUPERVISION                          PAGE:    13
                       PAROLEE CHRONO REPORT
                   FROM 02/03/2014 THRU 04/28/2016

  NAME: BURRELL,NICO                              AREA: BRONX I
  NYSI): 0C39(959P                         SPO NAME: MURPHY,DEREK
  IIN: 11R0(38                              PO NAME: FRANKLYN,GABRIELLA


DATE       TIME   TYPE                        ACTIVITY          LOCATION

ENTERED BY: FRANKLYN,GABRIELA E
12/09/2014 11:39AM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
  F REPORTED , SAME RESIDENCE. NO POLICE CONTACT , P STATED THAT HE IS STIL LOO
KING FOR EMPLOYMENT. P TESTED NEGATIBE FOR TH EUNAUTHCRIZED MEDICAL USE OF CONT
ROLLED SUBSTANCES ( OBSERVED BY P O IMAFIDON) NRD 12/23/14 AT 10AM
SPO REVIEW: 03/06/2015
-----------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
12/01/2014 07:37AM HOME VISIT W/PAROLEE
CONTACT ADDRESS: 5360 BROADWAY#13L,BRONX,104637629
  F AT RESIDENCE , ASLEEP IN THE LIVING ROOM. P'S GRANDMOTHER STATED THAT THERE
ARE NO MAJOR CONCERNS AT THIS TIME
SPO REVIEW: 03/06/2015
-----------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
11.25/2014 10:14AM OFFICE REPORT W/PAROLEE
P REPORTED AS DIRECTED. P STATED THAT HE HAS NOT BEEN HAVING ANY LUCK WITH HIS
EMPLOYMENT SEARCH . P WAS REFERRED TO WALMART IN WHITE PLAINS
  P ALSO REFERRED TO HOME DEPOT ON BARTOW AVENUE
     NO POLICE CONTACT
SPO REVIEW: 03/06/2015
-----------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
11.14/2014 11:26AM OFFICE REPORT W/PAROLEE
  P REPORTED , SAME RESIDENCE, NO POLICE CONTACT. P STATED THAT HE IS STILL AWAI
TI G FEEDBACK FROM DUNKIN DONUTS AND ABERCROMBE AND FISCHE. P WAS REFERRED TO T
AR T, UFS EE: POTENTIAL EMPLOYMENT. P WAS GRANTED PERMISSION TO ACCOMPANY HIS
ST MOTHER IS TOMLINSON, WHO HAS A JEWELRY TABLE IN A BOWLING ALLEY- JERSEY LAN
ES 10 PARK PLACE LINDEN NJ 646-523-3393
  T E EVENT S A FAMILY REUNION.

  N   11/25/ 4 AT 10AM
SP REVIEW: NONE
-----------------------------------------------------------------------------
EN RED BY: FRANKLYN,GABRIELA E
10 8/2014 11:22PM OFFICE REPORT W/PAROLEE
  P REPORTED AS DIRECTED. P PROVIDED HIS MEDICAID CARD- SEE MISC SCREEN FOR ID #
  .  ME RESIDENCE, NO POLICE CONTACT. P REFERRED TO NYS DEPT OF SANITATION RE: U
PC PING EXAM
     PROVIDED LETTER FROM EXODUS TRANSITIONAL INC- ANGER MGT START DATE IS 1/6/
14

          NRD 11/14/14 AT 10AM
SP REVIEW: NONE
-----------------------------------------------------------------------------
EN RED BY: FRANKLYN,GABRIELA E
10 4/2014 09:50AM OTHER WORK
     F 14 JPDATED
SP REVIEW: NONE
-----------------------------------------------------------------------------

CMSC IRON* * *          NEW YORK STATE - DOCCS          * * *          DATE: 02/23/2017
                        COMMUNITY SUPERVISION                          PAGE:    14
                        PAROLEE CHRONO REPORT
                     FROM 02/03/2014 THRU 04/28/2016

NAME: BURRELL,NICO                              AREA: BRONX I
NYSID: 00099959P                         SPO NAME: MURPHY,DEREK
DIN: 1130438                              PO NAME: FRANKLYN,GABRIELLA

DATE _____ TIME _____ TYPE _____ ACTIVITY _____ LOCATION _____

ENTERED BY: FRANKLYN,GABRIELA E
10/16/2014 09:48AM OFFICE REPORT W/PAROLEE
P REPORTED AS DIRECTED, P STATED THAT HE HAS REGISTERED FOR THE NEXT ANGER MGT/
ANTI-VIOLENCE SESSION AT EXODUS TRANSITIONAL, WHICH COMMENCES ON 1/6/14.
 P WAS DIRECED TO PROVIDE ALL DOCUMENTATION AT TEH NEXT OFFICE REPORT. NO CHANG
ES R T; RESIDENCE , NO POLICE CONTACT

                         NRD 10/28/14 AT 10AM
SPO REVIEW: NONE
---- --------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
10/06/2014 10:43AM OFFICE REPORT W/PAROLEE
 P REPORTED TO NYS DOCCS TO COMPLETE THE RE-ENTRY ORIENTATION.P STATED THAT HE
COMPLETED THE INTAKE FOR THE ANGER MANAGEMENT PROGRAM AT EXODUX TRANSITIONAL. P
 DIRECTED TO PROVIDE THE LETTER OF INTAKE AT HE NEXT OFFICE REPORT

                         NRD 10/14/14 AT 9:45AM
SPO REVIEW: NONE
---- ------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09/30/2014 1:30AM GRADUATED RESPONSE          1N-ANGER MANGMNT
 P REFERRED TO EXODUS TRANSITIONAL INC  RE: ANGER MGT. ANTI-VIOLENCE COUNSELING
SPO REVIEW: NONE
---- ------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09/30/2014 1:26AM OFFICE REPORT W/PAROLEE
P REPORTED   SAME RESIDENCE. NO POLICE CONTACT. P STATED THAT HE WENT TO DMV TO
 OBTAIN HIS NYS NON DRIVER'S ID. P STATED THAT H E HAS PENDING EMPLOYMEMT AT AB
ERCRAMBE AND FICHE CLOTHING STORE. P STATED THAT AT THIS TIME, HE IS UNABLE TO
WORK AT CEO WITHOUT THE ID.
P REFERRED O EXODUS TRANSITIONAL RE: ANTI-VIOLENCE/ANGER MGT

                         NRD 10/14 14 AT 10AM
SPO REVIEW: NONE
-- -------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09/30/2014 1:23AM TELEPHONE TO OTHER
917-492-099  . P REQUESTED THAT P IS ADDED TO THE LIST FOR ANGER MANAGEMENT
 P WAS DIRECTED TO REPORT TO 2271 THIRD AVENUE ON 10/1/14 AT 10AM TO COMPLETE
IN AKE.
SPO REVIEW: NONE
-- ------- -----------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09.23/2014 2:07PM GRADUATED RESPONSE          1J-EDU/VOC TRAIN
 P REFERRED TO CUNY - NY TECHNICAL COLLEGE  . P STATED THAT HE IS INTERESTED I
N PURSUING AN ENGINEERING DEGREE. P O PRINTED OUT ADMISSIONS AND FINANCIAL AID
INFORMATION FOR P AS HE DOES NOT HAVE A COMPUTER AT HIS RESIDENCE.
SPO REVIEW: NONE
-- -------- -----------------------------------------------------------------

```
CMS  RON* * *          NEW YORK STATE - DOCCS      * * E    DATE: 02/23/2017
                       COMMUNITY SUPERVISION                 PAGE:    15
                       PAROLEE CHRONO REPORT
                    FROM 02/03/2014 THRU 04/28/2016

   NA4 : BURRELL,NICO                         AREA: BRONX I
   NYST : 00399959P                     SPO NAME: MURPHY,DEREK
    D  : 11R0458                         PO NAME: FRANKLYN,GABRIELLA


 DAT       1IME    TYPE                    ACTIVITY          LOCATION
```

ENT 'RED BY: FRANKLYN,GABRIELA E
09/2 /2014  1:41AM OFFICE REPORT W/PAROLEE
    EPORTE) AS DIRECTED , P ISSUED  A COPY OF HIS  RELEASE DOCUMENTS . P REFER
RE) 'O EDUCATION FROM THE INSIDE OUT RE: EDUCATIONAL SERVICES
SAME RESIDENCE, NO POLICE CONTACT. P STATE DTHAT HE CONTINUES CONTACT WITH CEO
BUT S SEEKING EMPLOYMENT ON HIS OWN


        NRD 9/30/14 AT 12:00PM
SPO REVIEW: NONE

ENT RED BY: FRANKLYN,GABRIELA E
09/2 /2014  1:22PM TELEPHONE FROM PAROLEE
  P  ALLED A ND STATED THAT HE NEEDED A COPY OF HIS CONDITIONS OF RELEASE  AT NEX
  T  FFICE RE PORT
SPO REVIEW: NONE

ENT RED BY: BROWN,KHALEELAH
09/1 /2014  4:22PM OFFICE REPORT W/PAROLEE
 P  EPTED AS SCHED AND REPTS THAT HE HAS HAD NO POLC CNCT, NO DRUG/ALCOUS AND SA
ME R SINTS, P WAS PROVIDED A LETTER FROM PO FRANKLYN FOR DMV FOR POINTS. P STAT
E) THAT HE WOULD LIKE TO GET HIS LEARNERS PERMIT. P WAS DIRECTED TO ASK PO FRAN
KLYN  NRD I S 9/23/14.
SPO REVIEW: NONE

ENT RED BY: BRYANT,MARCUS
09/1 /2014  4:00PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
 UF INE TKAE ), BY PO BRYANT, URINE NEG
SPO REVIEW: NONE

ENT RED BY: FRANKLYN,GABRIELA E
09/1 /2014  6:24PM TELEPHONE FROM PAROLEE
  :46-683- 831 - P'S CELL. P STATED THAT HE LOST HIS CORRECTIONS IDENTIFICATIO
N  ARD AND  AS UNABLE TO OBTAIN HIS NYS NON DRIVERS ID. P STATED THAT HE WAS TO
LD THAT H E IS 2 POINTS SHY OF THE REQUIREMENT. P O WILL PROVIDE P WITH A KETTE
R   TAKE TO MOTOR VEHICLE
SPO REVIEW: NONE

ENT RED BY: FRANKLYN,GABRIELA E
09/1 /2014  0:10AM HOME VISIT W/PAROLEE
CO TACT ADD ESS: 5360 BROADWAY#13L,BRONX,104637629
  P WAS AT A PPROVED RESIDENCE, ASLEEP ON THE COUCH . ALSO IN THE HOME WAS P'S "
AU T". NO M JOR ISSUES WERE CONVEYED TO PO. P WAS DIRECTED TO REPORT TO THE CEO
O  ENTATIO I AT 7AM ON 9/12/14. P'S CURFEW WILL BE MODIFIED ON THAT DATE TO ALL
OW F TRAVEL TIME TO THE CEO OFFICE.
SPO REVIEW: NONE

```
CMSCHRON* * *          NEW YORK STATE - DOCCS      * * *      DATE: 02/23/2017
                       COMMUNITY SUPERVISION                  PAGE:    16
                       PAROLEE CHRONO REPORT
                    FROM 02/03/2014 THRU 04/28/2016
```

```
NAME: BURRELL,NICO                            AREA: BRONX I
NYSID: 0009 959P                   SPO NAME: MURPHY,DEREK
   DIN: 11R0438                    PO NAME: FRANKLYN,GABRIELLA
```

DATE      TIME   TYPE                        ACTIVITY          LOCATION

ENTERED BY: FRANKLYN,GABRIELA E
09/09/2014 10:15AM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
   P REPORTED  SAME RESIDENCE, NO POLICE CONTACT , P DIRECTED TO ATTEND THE CEO
   PRE-EMPLOYMENT PROGRAM THIS FRIDAY ON 9/12/14 .
   P ALSO DISCUSSED THAT HE HAS COMPLETED HIS GED. P'S CURFEW WAS DISCUSSED .
   P ALSO  DISCUSSED SCHOOL  . P DIRECTED TO ACTIVATE MEDICAID
WRITTEN SPECIAL CONDITION ISSUED TO P

   NRD 9/16.14 AT 5PM
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: FRANKLYN,GABRIELA E
09/04/2014 02:14PM OTHER WORK
   CEO REFERRAL LETTER PLACES IN MAILBOX
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: JEFFERIES,JAMES L
09/03/2014 12:30AM OTHER WORK
PAROLEE IS A PFS PAROLEE. UNFORTUNATELY HE WAS NOT SEEN BY THE P.O. OF RECORD O
N HIS REPORT DATE OF 09-02-14. HE WILL BE GIVEN HIS SPECIAL CONDITION AND
REFERRAL TO CEO ON 09-09-14. ALL CMS SCREENS WILL BE UPDATED.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: HERRERA,ANTHONY
09/02/2014  1:52AM OFFICE REPORT W/PAROLEE      CURFEW DISCUSSED
                                                FEES DISCUSSED
      NO POL CONTACT/ SAME ADDRESS/  NO CONCERNS TO REPORT.  NRD IS SCHEDULED FOR
   9.5/14.  SUBJ SEEKING EMPL/
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: NIVAR,MIREYA
REPORT TAKEN BY: NIVAR,MIREYA
08/29/2014  0:16AM OFFICE REPORT W/PAROLEE      DUTY OFFICER
                                                REVIEWED CONDITIONS
                                                CURFEW DISCUSSED
                                                URINE/DRUG NEGATIVE
                                                ARRIVAL
P WAS RELEASED FROM BARE HILL CF ON 8/28/14. HE MADE HIS ARRIVAL REPORT AS INST
RUCTED. ALL SPECIAL CONDITIONS WERE REVIEWED WITH P. CURFEW 9PM TO 7AM DISCUSSE
D AND IMPOSED. P HAS GEOGRAPHIC RESTRICTING. HE IS NOT TO LEAVE THE CITY OF NY
WITHOUT WRITTEN PERMISSION FROM HIS PO.
P WAS DRUG TESTED BY PO RAMIREZ, BX 4. P IS (-). P HAS SPCIAL CONDITION TO HAVE
N  TYPE OF CONTACT WITH MINERVA ANGELES, DARNELL COOPER.

   P  S INSTRUCTED TO REPORT ON 9/2/14 AT 10AM.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
```

```
CMS: RON* * *        NEW YORK STATE - DOCCS         * * *      DATE: 02/23/2017
                     COMMUNITY SUPERVISION                     PAGE:    17
                   PAROLEE CHRONO REPORT
                 FROM 02/03/2014 THRU 04/28/2016

                                              AREA: BRONX I
  NAI : BURRE.L,NICO                    SPO NAME: MURPHY,DEREK
  NYST : 00°99'59P                      PO NAME: FRANKLYN,GABRIELLA
  D   : 11R0458


  DAT _____ TIME ___ TYPE _____    ACTIVITY ___   LOCATION _____
```

```
ENTI ED BY: FRANKLYN,GABRIELA E
08/? /2014 C2:05PM OTHER WORK
    14 UPDATED
SPC  EVIE': NONE
----------------------------------------------------------------------------------
ENTI ED B': SOTO,OSCAR T
AREA BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
08/. /2014 12:50PM OTHER VISIT W/OTHER        ADDRESS APPROVED
WAS  INALUU ABLE TO COMPLETE INTERVIEW WITH MS NORMAN. ALL PERTINENT QUESTIONS
WERI ANSWERED AND SHE DOES ACKNOWLEDGE UNDERSTANDING OF PAROLE STANDARDS. CURFE
W AN  PROGRAM PLAN WAS DISCUSSED
SPC  EVIE': NONE
----------------------------------------------------------------------------------
ENTI RED BY: MURPHY,DEREK
AREA BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
REFO T TAKE: BY: MURPHY,DEREK
08/1 /2014 C9:40AM CASE CONFERENCE
COI NNITY PFEP APPROVED AS SUBMITTED
SPC  REVIEW: 08/14/2014
----------------------------------------------------------------------------------
ENTI RED BY: SOTO,OSCAR T
AREA: BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
08/1J/2014 :8:00AM SUPERVISION PLAN
SUEJECT WILI ABIDE BY ALL HIS MANDATED SPECIAL CONDITIONS, SUBJECT WILL HAVE AN
IMPOSED CUFFEW OF 0900PM TO 0700AM 7 DAYS A WEEK.
SPC  REVIEW: NONE
----------------------------------------------------------------------------------
ENTI RED BY: SOTO,OSCAR T
ARIA: BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
08/1J/2014 :8:00AM REPORTING INSTRUCTIONS
SUEJECT MJST REPORT WITHIN 24 HOURS TO THE BRONX I AREA OFFICE
82 LINCOLN VE, BRONX, NY 10454        PHONE:(718) 292-7920
UPON ARRIVAL, PHOTOS WILL BE TAKEN, SPECIAL CONDITIONS IMPOSED AND
SUISEQUENT REPORTING INSTRUCTIONS WILL BE GIVEN AT THAT TIME.
SPC  REVIEW: NONE
----------------------------------------------------------------------------------
ENI RED BY: SOTO,OSCAR T
ARIA: BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
08.1J/2014  8:00AM TELEPHONE TO OTHER
PLILED CALL TO RESIDENCE/ LEFT MESSAGE FOR MR BLONDELL TO CALL BACK
SPC  REVIEW: NONE
----------------------------------------------------------------------------------
ENI RED BY: FRENCH,BOBBI J
ARIA: BRONX I        SPO NAME: MURPHY,DEREK        PO NAME: SOTO,OSCAR
                                                              PRISON/JAIL
07.16/2014 :3:00PM OTHER WORK
CONTACT ADDRESS: BARE HILL CF
SUEJECT ISSIED CERT. OF RELIEF - FORWARDED TO SUPERINTENDENT.BJF
SPC  REVIEW: NONE
----------------------------------------------------------------------------------
```

```
                   NEW YORK STATE - DOCCS          * * *      DATE: 02/23/2017
  ?ON. *             ...UNITY SUPERVISION                      PAGE:    18
                     ...EE CHRONO REPORT
             ... 02/03/2014 THRU 04/28/2016

  ...AME: BUFRE L,NICO                          AREA: BRONX I
  NYS C: 00C99 59P                          SPO NAME: MURPHY,DEREK
   ... ...1F04 8                             PO NAME: FRANKLYN,GABRIELLA

  ...       ... ME   TYPE                   ACTIVITY        LOCATION
```

```
ENTERED BY: .URPHY,DEREK                           PO NAME: SOTO,OSCAR
ARE. : BRONX          SPO NAME: MURPHY,DEREK
REP..T TAKEN BY: MURPHY,DEREK
06/ (/2014  1 :33AM CASE CONFERENCE
COM UNITY PR P IS DUE 8/14/14.  PO IS TO COMPLETE PREP INA TIMELY MANNER
...O REVIEW: 6/30/2014
```

```
... ...B BY: ..TC,OSCAR T                          PO NAME: SOTO,OSCAR
ARE   BRONX           SPO NAME: MURPHY,DEREK
05/ '/2014  0 :00PM OTHER WORK
CAS  REVIEWE) FOR 1ST TIME TODAY
SPO REVIEW: .ONE
```

```
ENT ED BY: GALLAGHER,HOPE C              PO NAME: AREA SUPERVISOR
ARE . BRONX           SPO NAME: AREA SUPERVISOR              PRISON/JAIL
05/ /2014  0 :25PM LETTER TO PAROLEE
CON CT ADDRESS: BHCF
PG   AND SPECIAL CONDITIONS FOR JUNE 2014 CRC REPORT, COMPAS,
PRO.AMMING AND DISCIPLINARY SENT TO OFFENDER. HCG
SPO .EVIEW: .ONE
```

```
ENT ED BY: 3OYEA,TRUDYLYNN A             PO NAME: AREA SUPERVISOR
ARE  BRONX I          SPO NAME: AREA SUPERVISOR              PRISON/JAIL
05/ /2014  11:45AM PACKAGE SENT TO A/O
CON CT ADDRESS: BARE HILL CF
FIE  ALTERT.  BRONX 1 AREA OFFICE.
SPO .EVIEW: NONE
```

```
ENT ED BY: 3OYEA,TRUDYLYNN A             PO NAME: AREA SUPERVISOR
ARE  BRONX I          SPO NAME: AREA SUPERVISOR
05/. /2014  11:45AM FACILITY DOCUMENTS          D-BIRTH CERT-PER
BC  . IN PERSONAL PROPERTY.
SPC .EVIEW: NONE
```

```
ENT ED BY:                                          PO NAME:
ARE.                  SPO NAME:
03/1 /2014  (4:01AM COMPAS ASM'T COMPLETED
SCRE NER: BCYEA, TRUDY-LYNN
LOCA ION: BARE HILL CF
SPC REVIEW: NONE
```

```
ENTERED BY: BOYEA,TRUDYLYNN A                       PO NAME:
AREA                  SPO NAME:                              PRISON/JAIL
03/13/2014  (8:45AM FACILITY INTERVIEW
CONTACT ADDRESS: BARE HILL CF
NOTICE OF PB APPEARANCE FOR JUNE 2014 PB GIVEN THIS DATE.  INTERVIEW
CON)UCTED.
SPC REVIEW: NONE
```

```
                        * * * END OF REPORT * * *
```

# APPENDIX

# C

his passion and his persistence to do something that he desired
something that made him happy that gave him a reason and he found
that in his music. Skills over politics Chapter 2 was finally here. It was

painful experience. I wrote the song and asked if Zii along with another female artist can sing it. I didn't want to sing on it at all. But when I brought it to his attention. He told me the only way he'll be apart of it is if I sing. I made the mistake by telling him I use to sing. From then he insisted I stop being afraid and express my self with the song. I still remember his words " the first thing is to never care about what people think, and don't let fear stop me from doing something that I deep down love to do. I didn't know wether to cry or smile. I agreed and every since that moment I found my voice. I was never the same when it came to that particular area in my life. Ive gain so much confidence just because one person decided to care. And I thank him everyday for that. He shared some of his experience with music and people doubting him and he was now getting booked to perform.

That conversation pushed me and inspired me so much. The song came out really good. And I couldn't of done it without him. We made plans to do so much and involve the youth of our community. From give sways to talent shows to report card grade give aways. But we never got around to it, I know it's never ever to late though. Zii is a good person a good friend and sooo funny and I can't wait until he is back home with his friends and his family and those he cares for dearly, Pursuing his music and bettering him self spiritually. Growing up in a poverished pattern based communities like ours isn't easy at all, the creator knows But we make the best of it and we push and push cause that's all we can do and Ziico Niico did just that and turned his negatives into positives along with inspiration and I can't wait until the day I get to see him and hug him. I Love you Zii and I'll see you Soon. Thank You.

Love, Crystal Diamond Smith

# APPENDIX

# D

Dear Judge,

I am writing this letter in regards to Nico Burrell. I have known Nico for quite some time and have known him to be a noble stand up person. Whenever someone he knows is in need, he does his best to assist them in anyway. Countless times I couldn't find someone to help me with my disabled step-son and he has come to my rescue. There were times when my son had seizures and he was a phone call away, helping me monitor them and making decisions on whether or not to take him to the ER. He never once left our side. My son has taken such a liking to Nico. My son suffers from bipolar disorder and to take my son out of depression he gets in sometimes, a trip to the ice cream shop with Nico always makes his day. I could never repay him for all he has done for me and my family. I pray this letter finds you in good spirits.

Thank you,
Yashica Goulbourne

# APPENDIX

# E

Dear Honorable Judge Nathan ,

Meeting people who genuinely care about you these days is very rare. The ones that don't like to see you upset and will find multiple ways to make you smile even if you don't want to. The ones that don't really want to allow you to make mistakes because they've made those mistakes already, they'd hate for you to deal with the consequences. At 21, I hit rock bottom. Ready to give up. I felt like I had run out of options. Waking up and going to sleep crying. I had got fired from my job, I was 1 step away from being homeless, and meals were harder to come by. Even worse, My family didn't live in New York so I felt more than alone at times. The only outlet I had was writing. I was so into music. I knew what I wanted and how I wanted it to sound but didn't have the support I always wanted. There were times I felt like my "outlet" was slowly fading away. I was so angry and mad at the world. I never handled situations the correct way. A couple months down the line I met this guy who noticed me sitting on the curb crying. For about an hour he just allowed me to cry and let everything out. We talked for hours about life, both good and bad.  I didn't know this boy from a hole in the wall but you couldn't tell. We went from me talking about giving up to talking about music. He listened to something I had wrote and his reaction was priceless.  Especially because he was starting his music career as well. "It's no way you could've possibly thought about giving up with a talent like that! That right there is what's going to get you out of here!" It was kind of weird because I was older than him, talking to him for a few hours I felt like I was being encouraged by my older brother. He was smart and so positive. He kept telling me bad days don't last forever, they just come once in a while to make you stronger. From that day on anytime something went wrong I would

always smile . I knew what was coming next. Me and that guy never lost contact! We got even closer and now I call him my brother . He's the baby brother that knows how to calm me down , make me happy and annoy me all at once. He pushes me to do so much more and I always appreciated him for that. I grew to love music more than I did before mainly because I feel different when I write. I feel like "that right there is what's going to get me out of here". Positive thoughts always run through my mind and it all started from a few hours of tears and conversation. His heart is different. It's rare. He wants everyone around him to be just as loving as him. I can honestly say that Nico Burrell plays a big part in more than half of the things I've accomplished in the past few years and I pray that he will be here to continue to do exactly what he has been doing.

Alexis Simmons

# APPENDIX

# F

Walter Cobblah
20 W Mosholu Pkwy S Bronx NY 10468

Dear Judge,

I am writing this letter on behalf of Nico Burrell. I met the defendant during a difficult time in my life. Just losing my job and a close family member; Nico and I became friends through a mutual friend. In my time of befriending him he has and still is helping me upon my promotional events and brand. Nico has helped with networking and building relationships with influential people. We all have our flaws but Nico Burrell has very few. The defendant's behavior towards me has been so kind and decent that these charges were a surprise and devastating us.

Nico's heart shows that he is truly genuine and cares deeply about everyone around him. During the times we spent together, whether it was in family or business events, I have noticed that he often puts other people first before himself and doesn't ask for much in return.

What I say about Nico is true, and therefore I would like to share a personal story; I was recently diagnosed with epilepsy. During my times to recover from three sporadic seizures Nico made sure that my promotional events were still as successful as they would've been if I were there. While I was in the hospital Nico picked up my slack and continued to keep my business and brand growing. If it wasn't for his help in my time of need and recovery I would of no longer have a brand.

 I am writing this letter in the hopes that you could lower his conviction time based off what I just said and the person he truly is. Nico Burrell is someone that anyone could count on if they are in a need of a crisis. Please take this letter into consideration due to the personal story I just told and how much of a help he has been to me and to others.

Thank you
Walter Cobblah

# APPENDIX

# G

Aug 14, 2017

Dear Judge Nathan,

Your Honor my name is Michelle jemison the mother of Nico Cardoshi Burrell. Nico is my second child and only son of four children. For this reason he is very protective of females in his family especially his grandmother. I had my kids at a very young age so me and my kids had an inseparable bond. I was they support system I was all they got.  On march 4 2008 all that came to a end. I was deported leaving my kids in the care of my sickly mom and my 18 years old sister Kaela McLean.  My kids was traumatised Nico 14years of age got in trouble went to jail for 6 1/2 years I was upset with universe why me why my family when Nico would call he assure me it was for the best god save him. I should watch I will see now upon Nico release he came home with books a lot of writing books that he wrote in thru out the years contain in them songs a lot of songs he wrote about his life then  I saw his 1st performance I cried for days. Suddenly I understood what he mean when he said jail save him and I should wait an see Nico is not a bad kid. I failed Nico the system failed Nico. I know if Nico had a support system his life would have worked out differently.

I want to share with you about my son Nico. One day a lady/ miss Kissean Breswick wrote me on Facebook thanking me. I know no reason why she should. She went on by saying my son helped her out in a very big way. When I ask what he did she said her 13 year old daughter wasn't listening her being disrespectful cut classes and coming home extremely late. She was talking about it  Nico heard her and ask if he can speak to her daughter Ms Solange Smith and she said yes. She then  gave Nico her address and phone number.  Nico call 2 days after n went to see her she went on by saying she left them in the room together. She dont know what Nico told her daughter but from that day until now her grades went up she's home on time and being respectful. She went on by saying even her teachers notice the changes she said Nico was a angel in disguise Your Honor. I say this to show you my son's character and your character is who you are. Nico is a gentleman , mannerable , respectful very loving and caring.You can't help but to love him. I love Nico and all his siblings and I know they love me too but Nico makes me feel love as my only son and he addresses and treats me with the heights of respect

I love my son Your Honor with every fibre in my body and am begging that if you see it fit please have some leniency on him and if its Gods will I know you will. As a mother  I am asking you for leniency for mercy for my son. I beg of you only if Your Honor give him a chance to spend these last few days with his grandma .


I am thanking you in advance Your Honor for one of my many blessings. !
God bless you and your family cause a family is everything !


Respectfully,

Michelle Jemison

# APPENDIX

# H

8-21-17

Dear Honorable Judge Nathan

Thank you for allowing me to provide you with a character reference letter I am corresponding in a reference to Mr Nico Burrell, who will be appearing _____. I've known Mr _____ for almost _____ during that time. I've seen experience _____ the ups & downs as well as _____. Mr Nico Burrell is the most generous people I know who has a heart of gold, who loves being around his family & friends. Mr Nico Burrell is a good person who has a good moral, Just needs more people to believe in him so that he can become a even better person. He is Incredibly remorseful, is willing to do whatever it takes to make reparations, Financially & emotionally if possible but to do that he needs you to give him an opportunity to have a second chance. I understand that Mr Burrell may have broke _____ laws but I also pray, hope that you will recognize the power you yield with regard to the future of this gentleman, make a fair decision Thank you again for ya time & cooperation.

Sincerly
Ms Monay Walker

Your Honor,

Being a sibling of Nico Burrell's I have learned the legal charges he has been faced with. I am voluntarily writing a character reference letter on his behalf. Growing up Nico he has always been the man of the house. He's grown into an upstanding man that is more than just my brother but he is my friend as well. He is very caring and has a huge impact on many people in our family and also the community with the obstacles he has overcome. He has dealt with many trials and tribulations growing up so much of who he is now was him teaching himself how to be a man. Nico is the rock in our family. He provides love when many times are dull. He provides for us all mentally, emotionally and financially and for that we will always appreciate him.

After the obstacles placed in front of him he always seemed to stay above and better himself after servicing several years in the criminal justice system. After serving time Nico has found himself a new passion and a new path to start over in his life. Falling in love with music and keep himself on a straight path. Behind his music are stories from pain and his life lessons. He has left a huge impact on the community and his music still lives on. He is a well rounded individual and has an impact on many children and also adults around him. His personality is one of a kind and so is his talent. He has remained genuine and humble throughout the success. Nico has/had one vision and that's to make it out of the Bronx and be heard by everyone around the world. He will continue to push forward given the opportunity to get back in the studio and chase his dreams. Nico Burrell is a one of kind man and I am positive that he will continue to stay on a positive path to be great in every aspect of his life.

Best regards,
Parris Tyrell.

Dear Judge,

On behalf of Nico Burrell you can rest assured considering his freedom. Nico has evolved tremendously for the better. His defective surroundings have suppressed him of reaching his maximum potential. His mistakes have distorted his character. When I speak to this young man he inspires and motivates me to be better and to do better. He is one who is passionate about his loved ones, his goals and his aspirations. He has acknowledged his error and is ready to conquer and neglect his misconduct with integrity. Nico is a positive person, he goes above and beyond to make sure the people around him are well. Nico works with me to make sure I'm mentally, emotionally and spiritually progressive. He only wants to see the people around him doing better. He's a phenomenal person at heart and he can make an astonishing difference if he receives the chance.

Sincerely,

Domonique Campbell

July 7, 2017

To the Honorable Judge

New York, NY


Your Honor,

I have learned of the legal problems that Nico Burrell has been charged with recently and I am voluntarily writing a character reference on his behalf. I have known him for over 15 years and consider him to be an upstanding man who I consider family more than a friend. He is a very caring person with genuine tendencies to help individuals and make positive impacts in his community. He has a large family which has dealt with a lot of trials and tribulations, from never having a father in his life to having his mom deported and being left in his grandmother's custody. Being raised with his grandmother as his only parental figure Nico had to teach himself a lot of things and became the man of his house at a very young age. After a few years of living with his grandmother she became very ill and has been battling illness ever since. Her sickness took a toll on him having to provide for his family financially, emotionally, and mentally.

Throughout all the obstacles placed in front of him he has worked to stay above and beyond but ended up in a bad situation and served several years in the criminal justice system. After serving his time he came home happy to be around his family, friends, and loved ones and focused on his music career. His music career started to get off the ground and he put his time into taking care of his grandmother and pursuing his music. He was dedicated to staying positive and making up for the time he missed with his loved ones. Despite all the negative things that occurred he always managed to turn the negative obstacles placed in front of him into positive outcomes. He remained dedicated, genuine, and loving to his family, friends, and the kids in the community who look up to him and relate to him through his music and fellowship. He is a very well-rounded individual whose presence makes a difference and is missed when he is not around. The impact he has on the people around him is always positive and uplifting and he is very loved.

-Deborah Burgos

Dear Judge,

I am writing this letter on behalf of Nico Burrell. My name is Jason Clarke, I am the owner of Season&Style Catering / Private dining experience company located in Bronx Ny & Phx Arizona. Before I met Nico, I knew of him thru prior relationship with his family and I must note he comes from a really good and caring family. I've personally known Nico for 3 years and he's a very humble guy, was always positive and just wanted to show case his talent . He is one of a kind, he  brings so much energy, creativity, & pain to the stage...the entire audience gravitates to him as we understand how far he has come. He's a young guy with great intentions, all he spoke of was music and making a lead way to take care of his family who's always been there for him. And he was willing to work very hard and use all the resources in his reach as far as dj's, engineers, producers, party promoters, videographers etc. to get his brand across. He even asked me at one point to be his manager because of how far my reach was. I've seen him out work everybody and there were never problems in his eyes only solutions. His work ethic blew me out the water. I knew his work ethic along with his character this young man would achieve great things.

And once he started building his brand, he hasn't stopped and became more & more noticeable, it was hard not to mention his name where we are from. He really has a talent and power to change the minds of his generation thru music. Somebody this young with a huge impact as his deserves to be out in the world to show that there's hope of rising up from the conditions that young minorities are stuck in or struggling to get out. Everyone deserves a chance, I hope that this letter helps Nico and his present circumstances.

Jason Clark

Dear Honorable Judge Nathan,

I am writing this letter in representation of my loving family friend Nico Burrel, to express his good characteristics. Nico has been in my life for over 10 years and he has been a very influential part of my development as a person. I would say he was a brother to me, but I feel that he is so much more. Being around him brings people joy because of his personality and great advice on situations. He is very talented and creative. Nico has always had an attentiveness for the arts and he would write songs. Every time he felt unsure of how his song was coming along he would call me to ask if it was okay. Previous to his arrest he was making a great impact with his music and still continues to do so from behind bars. This year without Nico has been very hard for me. Judge Nathan, I hope I've explained why Nico's release is very important to me and why I really need him home.

Thank you for your time, May God bless you and your family.

Sincerely,
Myeeka James

Dear Judge Nathan,

My name is Crystal White and I would like to speak in regards of Nico Burrell. Nico Burrell is my cousin and I've known him his whole life, twenty-six years. For many years of his life he has been a huge inspiration to not only me and my family, but lots and lots of community members surprisingly throughout the world with his strong dedication to his music. Me personally being a part of the LGBT community proves this every day for the simple fact He's also inspired a lot of my fellow LGBT community members as well.  Hearing his hit songs and witnessing individuals enjoy it word for word at special events and celebrations warms my heart. The conversations that I have had with him inspired me to take some time out to even start writing my own music. My friends love his music and we represent him everywhere we go.


Doing some time allowed Nico to take the time out and write even more. When Nico was released after the five years that he did all he knew was the studio and his microphone and where he was trying to head in life. When Nico learned that his music helped him in a positive way tremendously his focus became so much clear, nothing else mattered. I have confidence that Nico Burrell is not only a positive person but a leader and wants nothing but the best for people like me who inspire him. His goal is to do more and give back to the community with all his positive thoughts. His talent is very much so respected and I would love to hear more from him because I know he has so much more in store.


Sincerely,
Crystal S.White

8/12/17

To whom it may concern,

I am writing this letter on the behalf of Nico Burrell. I've known Nico for more than 8 years and I can truly say that man is one of the most genuine, understanding and caring person there is. Nico cared about nothing but his family. Nico was really a family man and believed that he was the one that had to make sure every last one of them were okay. Nico did 6 years and came home ready to take over the world with his voice. Nico's music inspired everyone but especially the younger generation. Nico encouraged kids to go to school and get great grades and if they did that he allowed them to be in a video with him and etc. Kids looked up to Nico not just as an artist but as a goal. Nico came home and changed his whole life around. He proved to people that just because you've made a mistake in life you can always learn from it and that he did. Nico has always been a great friend of mine. He's been there for me through my toughest times. If I wanted to describe Nico in one word I would use the word LOVE. Nico loved everyone. He was always so positive no matter the situation and he always kept that bright smile on his face. I've seen the growth in Nico and I believe Nico is a changed man and he definitely deserves a chance to show that. I do hope this letter gave you a better understanding as to who Nico Really is.

Sincerely,

Kadeshia Samuels

Dear Judge

    Hey, how are you my name is Aisha Ndiaye I am a friend of Nico Burrell. Here what my friend is going through right now is very devastating. I personally know Mr. Burrell and his family very well, I mean you may as well call them my family. Nico has always been the caring, uplifting, loving, and kindhearted person. I mean from the first day I met him I gravitated towards him. His presence alone makes you love him. He's one of those individuals that make you want to do better to make a change in your life. He's one of those individuals that kids honestly look up to. The kids in our neighborhood adore him. He really is a public figure to kids throughout the Bronx for his personality and his music. They don't see him as the gangster the media made him look like. He is a good person.

    Writing this letter I'm beginning to get chills because I know this young man was brought up in a very good home. And, he shows that in his everyday living. He is one of those friends where if your going through something you can go to him and expect him to give you the best advice ever. He's one of those friend that would give you a shoulder to cry on and maybe even cry with you. Nico is a family man. A man that will do any and everything to see his family smile. He puts his family before anything, especially his grandmother.

    Judge Nathan I hope that you can see that this young man changed his whole life around. He made a change that influenced many others to change also. And for that he is well respected within his community, his family , and amongst his friends.

        Sincerely,
        Aisha Ndiaye

Dear Judge,

I'm writing this letter in regards to Nico Burrel.l He's one of the most biggest loving caring person anybody could ask for. If you get to know him personally, I swear you'll get to love him as much as everybody does.  He's a family man and he goes hard for the people he loves.

Nico was the type of person you didn't have to worry  about anything. He made sure his family and close friends were  always great. This was just his character. He is always the life of the party he wasn't worried about drama all he wanted was to make music, live his life and provide for his people.

One thing i love about that boy , is that you'll never know when he's in a dark space in his life. That man never showed when he was hurting and even after what he's been threw he remain strong for us. He is such  a humble person  with a big heart of gold. I just want him back home to continue his music and get his life on track. I know he will stay of trouble and make his friends and family proud.

       Sincerely ,
        Jahmego Gordon

To the honorable Judge Nathan,

The quality of mercy is not strain, it droppeth as the gentle rain from heaven upon the place beneath. It is twice blessed, it blessed those that give and those that take. It is the mightiest of the mightiest. It becomes the throne monarch, better than its crown. Its septers shows the force of temporal power. Therefore Judge, let justice be thy plead in this court. In this strict court, none of us will see salvation. We do pray for mercy and that same prayer does teach us all to render the deeds of mercy. I have spoken thus much to mitigate the justice of thy plea in this court today.

I am the grandmother of Nico Burrell. He was placed in my care from the separation of his parents. I raised Nico to be a very strong, intelligent young man. Nico is a very loving and caring person. When he wakes up in the morning he would always tell me "Good morning grandma" and kiss me on my forehead. He would take me to and from my appointments. Nico was at a very young age when he left me to go to prison, and my body started to break down. When he was released from prison, I started to gain back my confidence. My health improved tremendously, now it is getting worse again. I get admitted into the hospital 2-3 times a month, because I have congestive heart failure, asthma, high cholesterol, high blood pressure, diabetes, sleep apnea, I also must sleep on a bipap machine, I must use the asthma machine 3 times a day, and my left eye is almost blind. I also have kidney failure and will be starting dialysis very soon. Please judge do not take him away from me, let him spend some time with me. I don't know when the lord is going to call on me. Me and my family would like to move out of the state with Nico when he comes home, to make a better life for us all.

Sincerely, his loving grandmother.

M. McLean

To the Honorable Judge Nathan, my name is Dinah Leybot. I am Nico Burrell's girlfriend of almost two years now. I started dating him sometime in January. I met him January 12th 2016 at a friend's get together and ever since we were inseparable up until April 27th, 2016.

When I met Nico I had no idea who he was but all I knew was the moment I laid eyes on him I had to make him mine and the look in his eyes told me he felt the same. He has this smile that lights up a room, humor that makes it hard to dislike him, and a charm that made it hard for me to resist him. Before we even got involved I saw that he was very protecting and caring of the women that surrounded him. He would walk into the house give his sister huge kisses and hugs, layup with them, bother them in a playful way, and if they were going somewhere he would ask where and tell them to let him know if they got there safe, and would always make sure they had eaten. He enjoyed their presence and so did they, as well as everyone that was ever around him. He was the same way with me. He made me laugh until my cheeks hurt and my lips were trembling. Whenever I would leave my friend's house late at night he would ask me how I was getting home and if I was taking a cab, he made sure I got in the cab safely every time.  Whenever we went out to his shows Nico kept his eyes on me to make sure nobody made me feel uncomfortable or disrespected me. It doesn't seem important, but it was for me. The day I finally decided to let him know that I was feeling him was the same day I had gotten a phone call from my family telling me my grandmother was very ill and might not make it. I was already on my way to my friend's house and it was too late to turn back. I was crying while walking from the train to her house but before I walked in I got myself together, so no one would notice I was crying. When I got there, I saw Nico and I had forgotten all about the phone call I had received about my grandmother because as soon as I saw him he had put a huge smile on my face. That whole night he had taken my mind off my grandmother and when I got home I sent him a message.

After that day, we started to get to know each other more, without anyone else being around. We called each other almost every day and was on the phone for hours when we weren't together. The nights that we were together was when I was the happiest. I was in a place in my life that made me very unhappy until I met him. I was stressed because of work, having to make ends meet, a sick mom, and worried about finishing my classes, but he took my mind off all of that. I would express to him my frustrations when we were together and instead of pretending to listen and care, he DID listen and care. He was there for me. The nights we spent together, he would wake me up and made sure I went to work. If I was too tired and didn't get up, he would get mad and tell me if I can't get up for work then I can't spend the nights with him anymore until I got it together. When I was overwhelmed with classes he would give me motivational speeches and push me to study and do better. He always asked how I did on my quizzes and exams. Nico cared about me since DAY ONE of me being in his presence. And ever since we got together he has pushed me to do better and be better and vice versa.

Getting closer to him meant that we were opening up to each other. He told me about the situation he was in. But I looked past all of that. I'm not the one to judge because I know what it's like to struggle. But I encouraged him to focus more on his music. The nights I spent with him I valued and cherished because I liked him so much. We slept on a couch squished up together in someone else's house, I even slept on top of him while on the couch one night. But that never mattered to me because all that mattered was that I was around some one that took all my worries away from me and cared for me at the same time.

I even slept on a blow-up bed with Nico too, a twin size one at that and shared a little tiny blanket that he would use to cover me mostly, just to make sure that I was comfortable. I didn't know I had love for him at the time, but if that isn't love than what is? I told him we could get a place of our own if it would make him feel better, but he said he would think about it which meant no. Nico is a very independent, get it on his own type of man. He wants no hand-outs even if it means sleeping on a blow-up bed in an empty room. And yes, I had my own bed I could've slept in, but I wanted to sleep with him so wherever he slept is where I slept too. In the time that we spent together I noticed he was very much into his music. If he wasn't with me or his family, he was at the studio making music. Music is his passion. Even being around him, he would sometimes, well most of the time put headphones on, lock himself in the room and write what comes to mind. He'll leave the room every now and then, to show what he got so far then go right back to blocking everybody out and resume doing what he does best. And every penny he had went towards studio time. When Nico was home his number one focus was his music and his family.

Three months went by and our connection had grown stronger I was falling for Nico, I had already fallen for him. I had dreams of us starting a life together and I still do. Nico treats me like a queen. He has never called me out my name or disrespected me, nor has he laid a hand on me. Since the day I met him, he has always treated me with respect. After all that he's been through, he is a man with respect and I respect him.

April 27th really opened my eyes, I was hurt to the core. The love of my life had been taken away from me and there was nothing I could do about it but stick by his side through everything. From April 27th to now our relationship has gotten so strong. We've been through A LOT, and we both have grown tremendously from it. Even though Nico is locked up he's been very supportive of the decisions I've made and helped me in so many ways. He's helped me in ways when even my mother couldn't help me. He's helped me learn to love myself and become a better woman, all that while loving me unconditionally. He truly brings out the best in me.

I love Nico Burrell with all my heart, and I would do anything to have him home with me again. I've never met a man with a heart like his. His heart is made of pure gold. You would think all that he has been through he would be an insensitive person, but that is not the case. Nico cannot help but do right by the people he loves the most and his loyalty runs deep.  Anyone who knows Nico personally knows this. Anybody that crosses paths with Nico cannot help but to love him, his aura is so positive you can feel it when he walks in the room.

If I had to describe Nico in a couple of words, I would say he is loving, caring, passionate about what he loves and the people he loves, determined to make his dreams come true, respectful, and an intelligent man.

I pray every night for his homecoming. I pray that this will all be over with. It's not easy seeing the one you love experience this. I've had endless nights of crying myself to sleep wishing I could just lay with him again. My birthday is January 27th, one of my biggest wishes is to have him home for one of my most important birthdays. It sounds impossible, but with faith and God anything is possible. My plans for when he comes home is to get an apartment for the both of us in the city BEFORE he is released, after a couple of months to a year I'm hoping we can move out the state. I want to start living my life with the man I love. I want to start my career, buy a house, get married, have children with the man that I love.

Sincerely, Dinah Leyboot ♥