

March 28, 2018

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: <u>United States v. Nico Burrell</u>
15 Cr. 95 (AJN)

Dear Judge Nathan:

      We write this letter to inform the Court that we have inadvertently made remarks in our sentencing submission that contradict the plea agreement and are withdrawing these remarks. Accordingly, we are withdrawing our remarks at page 7 of our sentencing submission concerning the assault that took place between Mr. Burrell and a victim who was a witness on another matter. We are also withdrawing our remarks on pages 4 to 5 of our sentencing submission regarding Mr. Burrell's criminal history category.

      Respectfully,

      *s/Judith Vargas*

      Judith Vargas
      Attorney for Mr. Nico Burrell

*NEW YORK*         *PUERTO RICO SATELLITE*
20 Vesey Street * Suite 400 * New York, NY 10007         MCS Plaza * Suite 1200 * Ponce de Leon Avenue
Tel: 212.668-0024 * Fax: 212.668.0060         San Juan, PR 00917

Judithvargas1@aol.com