

THE LAW OFFICES OF
JUDITH VARGAS

March 30, 2018

Via Email & ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: United States v. Nico Burrell
15 Cr. 95 (AJN)
Addendum to Sentencing Memorandum

Dear Judge Nathan:

    Enclosed please find the following documents: 1) Letter on behalf of Nico Burrell from the Focus Forward Project dated March 30, 2018; and (2) List of Books Read to Date by Mr. Nico Burrell. We have filed these on ECF and ask that these be made a part of our Sentencing Memorandum filed on Tuesday March 27, 2018.

Respectfully,

*s/ Judith Vargas*

Judith Vargas
Attorney for Mr. Nico Burrell

cc: Rachel Maimin, AUSA

*NEW YORK*                                                              *PUERTO RICO SATELLITE*
20 Vesey Street  *  Suite 400 * New York, NY  10007          MCS Plaza * Suite 1200 * Ponce de Leon Avenue
Tel:  212.668-0024 * Fax: 212.668.0060                                            San Juan, PR  00917

Judithvargas1@aol.com