**U.S. v. Nico Burrell, 15-Cr-95 (AJN)**
**<u>List of Books Read to Date by Mr. Nico Burrell</u>**
**March 27, 2018**

1-Blue Rage Black Redemption a Memoir  -Stanley Tookie Williams
2-Barak Obama -Stephen Krensky
3-the Last NARCO Inside the Hunt for ElChappo- Malcolm Beith
4-Twelve Years A Slave -Solomon Northup
5-Decoded-Jay Z
6-Tao Of Wu - Rza
7-American Sniper Autobiography/US military Sniper- Chris Kyle
8-Assassin's Creed: Heresy - Christie Golden
9-The Bourne Identity -Robert Ludlum
10-The Bourne Supremacy-Robert Ludlum
11- The Bourne Ultimatim -Robert Ludlum
12-Catch Me if You Can -Frank Abagnale
13-Divergent -Victoria Roth
14-Insurgent - Victoria Roth
15-Allegiant -Victoria Roth
16-Divergent 4-Victoria Roth
17-The Hunger Games- Susan Collins
18-Catching Fire-Susan Collins
19-Mocking Jay-Susan Collins
20-Life of Pi- Yann Martel
21-I am Legend- Richard Matheson
22-I Robot- Isaac Asimov
23-Jurrasoc Park-Michael Creighton
24-Jurrassic World-Michael Creighton
25-Lord of the Rings-Fellowship of the Rings-JRR Tolkein
26-Two Towers-JRR Tolkien
27-The Return of the King-JRR Tolkein
28-Fifteen Individual Laws of Growth - John Maxwell
29-Seventeen Indisputable Laws of Teamwork- John Maxwell
30-Twenty one Indispensable Qualities of a Leader- John Maxwell
31-Thirty Three Strategies of War- Robert Greene
32-48 Laws of Power - Robert Greene
33- The Art of Strategy -Avian Ash Vixit
34-The Art Of War -Sun Tzu
35-How Successful Can you think? - C. John Maxwell
36-Winning Body Language Control Conversation- Mark Bowden
37-Law of Success- Napoleon Hill
38-Investing Made Simple - Mike Piper
39-Think Your Way to Wealth - Napoleon Hill
40-Beginners Guide to Real Estate Investing- Gary El Red
41-Flip How to fix and Sell Houses for Profit- Rick Villani
42-One minute Millionaire- Mark Victor Hansen
43-Rich Dad Advisors ABC's of Real Estate Investing- Ken McElroy

44-How to Start a Home Based Fashion Design Business- Linda Merrill
45-How to Start your Own Shoe Company - Wade Motawi
46-Rich Dad: Increase Your Financial IQ - Robert T. Kiyosaki
47-Shark Tank Jump Start Your Business- Barbara Corcoran, Mark Cuban
48-Fifty Shades of Gray- EL James
49- Fifty Shades Darker- E L James
50-Fifty Shades of Freed E.L. James
51-101 Strength Training Workout Strategies: Workout Muscle Fitness
52- Seven Weeks to Fifty Pullups- Brett Stewart
53-Gym Free and Ripped Weight Free Workouts- Nathan Jendrick
54- Jailhouse Strong- Josh Bryant
55-Max Muscle Plan - Brad Schoenfeld
56- Training for Speed Agility and Fitness- Vance Ferrigano
57- Book of Five Rings- Musashi Miyamoto
58- First world War - John Keegan
59-Second World War John Keegan
60- Afghan War 2001- Sebastian Junger
61- Guinness Book of World Records 2017-
62- The Merriem Webster Dictionary
63- The Merriem Webster Guide to Punctuation and Style
64- Practice Makes Perfect Spanish : Hill MacGr
65- World War Z - Max Brooks
66- Complete Rhyming Dictionary- Clemant Wood
67-Six Steps to Song Writing Success- Jason Blume
68- The Art of Music Production -Richard Burgess
69-GoldmineRecord Album Price Guide- Dave Thompson
70-Pop Raised Me- DJ Semtex
71- How to Start a Rap Label in 60 Days or Less- Gio Williams
72- Men Behind Def Jam- Alex Ogg
73-Music 4.1 Survival Guide- Bobby Owinski
74-Producing Hits Records: Secrets From the Studio- David J. Farinela
75-Alex Cross Mary Mary- James Patterson
76- Alex Cross Double Cross- James Patterson
77- Alex Cross- Cross My Heart- James Patterson
78-Alex Cross, Alex Cross Run - James Patterson
79- Alex Cross hope to Die- James Patterson
80-Alex Cross, Merry Christmas- James Patterson
81-Attacking Chess for Players Improved Skills -Herman Grootten
82- Chess for Dummies- James Eade
83-How to Play Chess for Beginners Tips and Strategies- Joe Carlton
84- Hard Choices- Hilary Clinton
85-Dark Side War on Terror- Jane Mayer
86-Ninty Minutes in Heaven-Don Piper
87- How to Love a Black Woman- Ronn Elmore
88-Five Love Languages for Men- Gary Chaplin
89-Act like a Lady Think Like a Man- Steve Harvey

90- As A Man Thinketh - James Allen
91-Geting Out and Staying Out: Success After Prison - Demico Boothe
92-How to Do Good After Prison- Michael B Jackson
93- How to Agrue and Win Every Time- Gerry L Spence
94-Meditation for Beginners - Ian Tuhovsky
95-Only Astrology Book You'll Ever Need- Joanna Wolfolk
96-Power of Habit and Why We do What We Do in Life and Business - Charles Duhigg
97- Power of Positive Thinking – Norman Vincent Peale
98-The Secret – Rhonda Byrne
99-Life Behind Bars in America-Michael G. Santos
100-The New Jim Crow-Mass Incarceration in the Age of Colorblindness – Michelle Alexander