UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,                 :

      -v-                                          :          15 Cr. 95 (JPC)

                                              :          <u>ORDER</u>

NICO BURRELL *et al.*,                         :

        Defendants.          :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case was reassigned to the undersigned from the Honorable Alison J. Nathan on April 1, 2022.  On April 5, 2022, the Court issued an order directing the Government to submit a letter, by April 5, 2022, "providing the Court with an update as to the status of this case, including any pending motions or requests, any Defendants whose cases have not been resolved or remain pending, any pending requests for resentencing, any pending alleged violations of the conditions of supervised release, any pending petitions for writ of habeas corpus or motions for compassionate release, and any other matters that require the Court's attention."  Dkt. 3339.  If any information responsive to the Court's order is not public, the Government was directed to file such information under seal.  *Id.*  The April 12, 2022 deadline has passed and the Government does not appear to have submitted such letter as directed by the Court in its April 5 order.

Accordingly, it is hereby ORDERED that, by April 18, 2022, the Government shall submit the letter as directed by the Court in its April 5 order.[1]

SO ORDERED.

Dated: April 13, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

---

[1] The Government need not provide an update as to the following Defendants, whose cases are not assigned to the undersigned: Donque Tyrell, Gerard Bass, Barffour Abederse, Quaysean Cannonier, Marlon Roberts, Stephan Clarke, and Okeifa John.