

December 11, 2024

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is granted.  The hearing scheduled for December 12 is adjourned until December 18, at 2:30 p.m.

SO ORDERED
December 11, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

*United States v. Nico Burrell,* 15-CR-95 (JPC)
Request to Reschedule U.S. Probation's Requested Supervised Release Hearing

Honorable Judge Cronan:

    I represent Mr. Nico Burrell in the above-captioned matter. The Office of Probation for the Southern District of New York by USPO Specialist Noah Joseph requested a Supervised Release hearing for Mr. Nico Burrell. Yesterday this Honorable Court scheduled the hearing for tomorrow, December 12, 2024. However, I am unavailable tomorrow due to a previously scheduled meeting with the United States Attorney's Office and an out-of-state government witness whom I am representing at the meeting. Accordingly, I am respectfully requesting that the Court reschedule tomorrow's Probation hearing to next week, either December 17th, 18th or 19th, any time after 1:00 pm.

    I thank the Court in advance for its consideration of this matter.

Respectfully,

*s/ Judith Vargas*
Judith Vargas, Esq.

cc via ECF:    AUSA Hagen Scotten
                  USPO Noah Joseph

NEW YORK
20 Vesey Street  * Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917

Judithvargas1@aol.com