UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
    -v- :
: 15 Cr. 95 (JPC)
NICO BURRELL, :
: ORDER
            Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Nico Burrell shall be monitored electronically, with the choice of monitoring technology left to the discretion of the Probation Office, and shall be confined to his residence, except with pre-approval for specific appointments by the Probation Office. These additional conditions of supervised release will continue until further order of the Court.

SO ORDERED.

Dated: December 19, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge