

THE LAW OFFICES OF
JUDITH VARGAS

January 20, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is granted. The status conference originally scheduled for January 29, 2025, will take place on February 19, 2025, at 10:00 a.m., in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED
January 21, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

<u>United States v. Nico Burrell,</u> 15-CR-95 (JPC)
Request to Reschedule January 29th VOSR Status Conference
Due to Conflict with State Matter

Honorable Judge Cronan:

    This Court scheduled a status conference on a pending VOSR in the above-captioned matter for January 29, 2025 at 11:30 am. However, U.S. Probation Officer Noah Joseph informed us that the underlying state matter has recently been scheduled for the same date in Criminal Court, January 29, 2025. Accordingly, we are requesting that this Court reschedule the status conference in this matter to 11:30 am or later on any of the following dates if convenient to the Court: February 5, 7, 13, 14, 19, 20, 26, 27 or 28, 2025.

    We thank the Court in advance for its consideration of this matter.

Respectfully,

*s/Judith Vargas*
Judith Vargas, Esq.

cc via ECF:    AUSA Hagen Scotten
                 USPO Noah Joseph

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com