

THE LAW OFFICES OF
JUDITH VARGAS

April 3, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*United States v. Nico Burrell,* 15-CR-95 (JPC)
Consent Request to Reschedule 4/28/2025 VOSR Status Conference

Dear Honorable Judge Cronan:

  With the consent of the Government and Probation, I respectfully request that the status conference currently set for April 28, 2025, in the above-captioned matter be rescheduled to the afternoon of May 14, 2025, or any date thereafter, (except May 16, 2025, as the undersigned is scheduled to be in court the entire day), if it is convenient for the Court. Neither the Government nor Probation have any objection to this request.

                      Sincerely,

                      *s/ Judith Vargas*
                      Judith Vargas, Esq.

cc via ECF: AUSA Allison Nichols
       USPO Noah Joseph

The request is granted. The status conference currently scheduled for April 28 is adjourned to May 15, 2025, at 3:30 p.m. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 3590.

SO ORDERED
April 7, 2025                _____
New York, New York            JOHN P. CRONAN
                    United States District Judge

NEW YORK                   PUERTO RICO SATELLITE
20 Vesey Street * Suite 400 * New York, NY 10007    MCS Plaza * Suite 1200 * Ponce de Leon Avenue
Tel: 212.668-0024 * Fax: 212.668.0060            San Juan, PR 00917
Judithvargas1@aol.com