

THE LAW OFFICES OF
JUDITH VARGAS

May 14, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is granted.  The status conference currently scheduled for May 15, 2025, is adjourned to July 1, 2025, at 2:00 p.m.  Mr. Burrell's supervised release conditions are changed from house arrest to a curfew.
>
> SO ORDERED
> May 14, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

*United States v. Nico Burrell,* 15-CR-95 (JPC)
Consent Request to Reschedule 5/15/2025 VOSR Status Conference
and for Modification of Conditions

Dear Honorable Judge Cronan:

     With the consent of the Government and Probation, I respectfully request that the status conference currently set for May 15, 2025, in the above-captioned matter be rescheduled to June 30, 2025, or any date thereafter, (except July 15, 2025), if convenient for the Court. Since the last court date Mr. Burrell has obtained employment and remains gainfully employed. Further, the parties are informed by Probation that Mr. Burrell has been fully compliant with all his supervised release conditions. Accordingly, and with the consent of Probation, the parties are requesting a modification of Mr. Burrell's current supervised release conditions from house arrest to a curfew. This is in alignment with Mr. Burrell's ongoing compliance with his supervised release conditions and would provide additional flexibility to Mr. Burrell's current work schedule. Probation and the Government consent to the modification and to the adjournment of this matter as requested above.

     Sincerely,

     *s/ Judith Vargas*
     Judith Vargas, Esq.

cc via ECF:    AUSA Allison Nichols
                 USPO Noah Joseph

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com