

THE LAW OFFICES OF
JUDITH VARGAS

July 7, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is granted.  The conference currently scheduled for July 16, 2025, is adjourned to September 22, 2025, at 9:00 a.m.

SO ORDERED
July 9, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

*United States v. Nico Burrell,* 15-CR-95 (JPC)
Consent Request to Reschedule 7/16/2025 VOSR Status Conference

Dear Honorable Judge Cronan:

  With the consent of the Government and Probation, I respectfully request that the status conference currently set for July 16, 2025, in the above-captioned matter be rescheduled to a date after September 18, 2025, if convenient for the Court for the following reason. The parties are informed by Probation that Mr. Burrell's underlying state matter has been adjourned to September 18, 2025. Probation and the Government consent to this adjournment.

                 Sincerely,

                 *s/ Judith Vargas*

                 Judith Vargas, Esq.

cc via ECF:  AUSA Allison Nichols
        USPO Noah Joseph

NEW YORK                                                                                       PUERTO RICO SATELLITE
20 Vesey Street  * Suite 400 * New York, NY  10007                          MCS Plaza * Suite 1200 * Ponce de Leon Avenue
Tel:  212.668-0024 * Fax: 212.668.0060                                                   San Juan, PR  00917

Judithvargas1@aol.com