*The request is granted. The status conference is adjourned until December 9, 2025 at 10:00 a.m. The Clerk is respectfully directed to close Dkt. 3615.*

**SO ORDERED**
September 19. 2025



September 19, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>United States v. Nico Burrell,</u> 15-CR-95 (JPC)
Consent Request to Reschedule 9/22/2025 VOSR Status Conference

Dear Honorable Judge Cronan:

     With the consent of both the Government and Probation, I respectfully request that the status conference currently scheduled for September 19, 2025, in the above-captioned matter be rescheduled to December 9, 2025, or a later date convenient for the Court. Mr. Burrell continues to remain in full compliance with all conditions of his supervised release. Both Probation and the Government have agreed to the requested adjournment.

Sincerely,

*s/ Judith Vargas*
Judith Vargas, Esq.

cc via ECF:   AUSA Allison Nichols
                USPO Noah Joseph

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

Judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917