

**THE LAW OFFICES OF
JUDITH VARGAS**

December 2, 2025

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

The request is granted.   The status conference is adjourned until February 10, 2026 at 4:30 p.m.   The Clerk is respectfully directed to close Dkt. 3627.

SO ORDERED

December 4, 2025

JOHN P. CRONAN
United States District Judge

*United States v. Nico Burrell,* 15-CR-95 (JPC)
Consent Request to Reschedule 12/9/2025 VOSR Status Conference

Dear Honorable Judge Cronan:

With the consent of both the Government and Probation, I respectfully request that the status conference currently scheduled for December 9, 2025, in the above-captioned matter be rescheduled to February 10, 2026 , or a later date convenient for the Court. The reason for the request is that Mr. Burrell's underlying state case remains pending. Mr. Burrell continues to remain in full compliance with all conditions of his supervised release. The Government and Probation agree to this adjournment.

Sincerely,

s/Judith Vargas

Judith Vargas, Esq.

cc via ECF:    AUSA Allison Nichols
                USPO Noah Joseph

NEW YORK
20 Vesey Street  * Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917

Judithvargas1@aol.com