

**THE LAW OFFICES OF**
**JUDITH VARGAS**

February 6, 2026

The request is granted. The conference is adjourned until March 5, 2026, at 10:00 a.m. The Clerk of Court is respectfully directed to close Dkt. 3631.

**Via ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED
February 9, 2026

JOHN P. CRONAN
United States District Judge

<u>*United States v. Nico Burrell,*</u> 15-CR-95 (JPC)
Consent Request to Reschedule 2/10/2026 VOSR Status Conference

Honorable Judge Cronan:

    With the consent of both the Government and Probation, I respectfully request that the status conference currently scheduled for February 10, 2026 in the above-captioned matter be rescheduled to March 5, or 6, 2026, or a date the following week of March 9, 2026 that is convenient for the Court. The reason for the request is that Mr. Burrell's underlying state case remains pending. I have also been advised that the court has suppressed the evidence in the underlying state case today, which makes dismissal probable and would render this VOSR unnecessary. Mr. Burrell continues to remain in full compliance with all conditions of his supervised release. The Government and Probation agree to this adjournment.

        Sincerely,

        *s/Judith Vargas*
        Judith Vargas, Esq.

cc via ECF:    AUSA Allison Nichols
              USPO Noah Joseph

NEW YORK
20 Vesey Street  * Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917

Judithvargas1@aol.com