UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA         :

                               :

       -v-                   :          15 Cr. 95 (JPC)

                               :

NICO BURRELL,             :           ORDER

                               :

               Defendant.     :

                               :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons discussed at the March 5, 2026 conference, the violations against Mr. Burrell in Probation's December 9, 2024 violation report are dismissed, and Mr. Burrell's term of supervised release is terminated.

SO ORDERED.

Dated: March 6, 2026
      New York, New York                       JOHN P. CRONAN
                                          United States District Judge